FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA    2011 DEC 16 AM 10: 43
ORLANDO DIVISION

MARK J. CUYLER,                              CASE NO. 6:11-cv-_____

    Plaintiff,

v.

JUDGE STEVEN D. MERRYDAY,
                                  NOTICE OF REMOVAL
    Defendant.
_____/

    The Defendant, the Honorable STEVEN D. MERRYDAY, through his counsel, the United States Attorney, Middle District of Florida, pursuant to 28 U.S.C. §§ 1346(b), 1442(a)(3) and 1446(b), hereby removes this action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division. The removal of this action is based upon the following:

    1.    On or about November 23, 2011, the instant action was commenced in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, by Mark J. Cuyler (hereinafter "Circuit Court Action").[1] The

---

[1] As of August 4, 2011, Plaintiff was enjoined from filing any new action in federal court without first having such action screened for arguable merit by a judicial officer. Cuyler v. Presnell et al., Case No. 6:11-cv-623-Orl-22DAB, Dkt. 11. After filing a new civil action in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, against several judges of the Middle District of Florida, Orlando Division, on November 14, 2011, the pre-screening order was modified–by order issued by the Honorable Steven D. Merryday–to also enjoin Plaintiff from filing any new civil action in any non-federal forum without first obtaining leave of court. Id. at Dkt. 20. Plaintiff Cuyler was personally served with a copy of the modified pre-screening order on

Complaint and a blank Summons in this Circuit Court Action were improperly served *via* Priority Mail on or about December 1, 2011, on Defendant Steven D. Merryday. A true and correct copy of the Complaint and all process served on this Defendant is attached hereto as Exhibit 1, as required by 28 U.S.C. § 1446(a).

2. At all times relevant to this matter, the Honorable Steven D. Merryday was, and is, a duly appointed officer of the court under Article III of the United States Constitution, serving in the United States District Court for the Middle District of Florida. In the Circuit Court Action, Plaintiff contends the decisions and orders issued by Judge Merryday, in the "[l]awsuits [he has] file[d] in the [f]ederal [c]ourt", have violated his constitutional and/or civil rights. Thus, a causal connection exists between Plaintiff's suit and the judicial act of issuing orders and decisions in cases filed by Plaintiff and pending before Judge Merryday. Hence, Defendant Merryday, as an officer of the courts of the United States, has acted under color of such office or in the performance of his duties at all times relevant to the allegations in the Circuit Court Action.

3. It is well-settled that a judge is entitled to absolute judicial immunity from suit and damages for actions taken in the performance of his office. Stump v. Sparkman, 435 U.S. 349, 355 (1978). See also Mireles v. Waco, 502 U.S. 9,

---

November 17, 2011. Id. at Dkt. 23. Thereafter, Plaintiff promptly violated the modified pre-screening order by filing the instant Circuit Court Action against the Honorable Steven D. Merryday, a judge of the Middle District of Florida.

2

9-10 (1991). Hence, judicial immunity is a complete and absolute defense to a personal or individual capacity action against an officer of the court when acting under color of such office or in the performance of the duties of such office. In this case, Defendant Merryday, being an officer of the court and having acted under color of such office, is entitled to the defense of absolute judicial immunity from suit in his individual capacity.

4. In addition, any action for money damages against a federal official in his official capacity is considered a claim against the official's agency. Kentucky v. Graham, 473 U.S. 159, 165-166 (1985). Further, an action for money damages action against the United States or a federal agency is barred by the doctrine of sovereign immunity except where the government has specifically waived such immunity and consented to be sued. FDIC v. Meyer, 510 U.S. 471, 475 (1994); United States v. Dalm, 494 U.S. 596, 608 (1990); United States v. Mitchell, 445 U.S. 535, 538 (1980). Thus, an official capacity action against a federal official for money damages is barred by sovereign immunity absent a waiver of such immunity.

5. In this case, Plaintiff has not identified any waiver of sovereign immunity. Hence, any claim against Defendant Merryday, in his official capacity as an officer of the courts of the United States, is barred by sovereign immunity.

6. The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. § 1442(a)(3) because it is an action against an "officer of

3

the courts of the United States, for any act under color of office or in the performance of his [or her] duties." Thus, federal question jurisdiction exists because the defenses of absolute judicial immunity and sovereign immunity depend on federal law. Accordingly, this case is an action which is removable to this Court. 28 U.S.C. § 1442(a)(3).

7. A copy of this Notice of Removal will be filed expeditiously with the Clerk of the Circuit Court, Ninth Judicial Circuit, Orange County, State of Florida, pursuant to 28 U.S.C. § 1446(d), promptly after the filing of the original of this Notice in this Court. Concomitantly, the United States is filing true and legible copies of all records and proceedings on file in the Circuit Court Action as of December 13, 2011, as contemplated by 28 U.S.C. § 1447(b) and Local Rule 4.02(b).

WHEREFORE, this Circuit Court Action now pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, must be removed therefrom to be commenced henceforth in this Court.

Dated: December 16, 2011          Respectfully Submitted,

                                                   ROBERT E. O'NEILL
                                                   United States Attorney

                                                   /s/ *Ronnie S. Carter*
                                                   RONNIE S. CARTER
                                                   Assistant United States Attorney
                                                   Trial Counsel
                                                   Florida Bar No. 0948667
                                                   United States Courthouse
                                                   300 North Hogan Street, Suite 700
                                                   Jacksonville, Florida 32202-4270
                                                   Telephone No. (904) 301-6324/6300
                                                   Facsimile No. (904) 301-6363/6310
                                                   Email: Ronnie.Carter@usdoj.gov

cc: Hon. Steven D. Merryday

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December, 2011, a copy of this Notice of Removal was furnished by first-class to the following individual listed below:

                     Mark Cuyler
                     1421 Caring Court
                     Maitland, FL 32751

                                                   /s/ *Ronnie S. Carter*
                                                   RONNIE S. CARTER
                                                   Assistant United States Attorney

# EXHIBIT 1

IN THE CIRCUIT COURT FOR THE NINTH
JUDICIAL CIRCUIT, ORANGE COUNTY FLORIDA

MARK J. CUYLER

        Plaintiff,

-vs-                                  Case No.:11-CA-15694
                                            Division:

JUDGE STEVEN D. MERRYDAY
        Defendant.

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

     YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant **JUDGE STEVEN D. MERRYDAY, 401 WEST CENTRAL BLVD, ORLANDO, FLORIDA 32801**

     Each defendant is required to serve written defenses to the complaint or petition on **MARK J. CUYLER**, plaintiff whose address is **1421 CARING COURT MAITLAND FLORIDA 32751**, within 60 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If the defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

     DATED on this _28TH_____ day of NOVEMBER_____,
2011_____

(SEAL)                                      Lydia Gardner, Clerk of the Circuit Court

By:    Deputy Clerk

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL
CIRCUIT IN AND FOR ORANGE COUNTY
FLORIDA CIVIL DIVISION

MARK J. CUYLER )  11-CA-15694
      Plaintiff ) Civil Action No:
       )  _____
V. )
 ) Jury Trial Demanded
JUDGE STEVEN D. MERRYDAY, )
 )
      Defendants )
_____/

RECEIVED
NOV 2 ? 2011
BY:..................

## COMPLAINT FOR DISCRIMINATION, CONSPIRACY TO COMMIT FRAUD, AND CIVIL RIGHTS VIOLATIONS

Comes now, plaintiff in the above style action, and files this Complaint for Discrimination, Conspiracy to commit Fraud, and Civil Rights Violations against the above named defendant in his "individual and official capacity" for violating plaintiff's civil rights under Title VI of the Civil Rights Act of 1964, ("which forbids discrimination related to programs and governmental agencies that receive federal funds"), Seventh Amendment and the Fourteenth Amendment to the United States Constitution (Due process of law) and under the color of state and federal law provision, 42 U.S.C. § 1983, § 1985 and plaintiff is seeking criminal charges under 18 U.S.C. § 242. Plaintiff shows that defendant have intentionally deprived plaintiff of his protected rights under the laws of this state and the United States Constitution. Thereby injuring plaintiff in the sum of $500,000,000.00 (Five hundred million dollars).

## I. NATURE OF COMPLAINT

This action is brought by Mark J. Cuyler black male citizen of the United States and Disable Veteran against **JUDGES: Steven D. Merryday (hereinafter "Defendant")**. Plaintiff have been treated differently than other people (who file complaints) in similar situations and plaintiff have been subjected to court actions for the purpose of intimidating plaintiff for exercising plaintiff equal rights to the court and expressing his opinion. Plaintiff seeks relief from this Federal Judicial Officers, pursuant to **Florida Const. Art V**, in claims arising from Violations of Constitutional Rights guaranteed in the 14th Amendment and 7th Amendment to the U.S. Constitution an redress defendant pursuant to <u>Bivens V. Six Unknown Narcotics Agents</u> **403 U.S. 388 (1971)**.

### FOURTEENTH AMENDMENT STATES:

> "All persons born or naturalized in the United States and subject to the Jurisdiction thereof, are citizens of the United States and of the state Wherein, they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor Shall any state deprive any person of life, liberty or property, without Due Process of law; nor deny to any person within its jurisdiction the equal Protection of the laws." <u>Due Process Clause</u>: " Constitutional Provision designed to ensure that laws will be reasonable both in substance and in means of implementation."

This action is for Defendant Discrimination, Conspiracy to commit Fraud, and Civil Rights Violation against plaintiff for having complained of defendant intentional, willful, and malicious violations of plaintiff statutorily protected rights under the Fourteenth and Seventh Amendment. The actions complained of arises out of Lawsuits file in the Federal Court. Where defendant conspired to attempt to dismiss valid complaints without cause. The defendant actions violated State and Constitutional law. Thereby, giving plaintiff the right to file suit.

## II. JURISDICTION AND VENUE

Plaintiff claim State Court jurisdiction pursuant to Florida Const. Law Article V, cases that arising under the U.S. Constitution. Also, this Court has jurisdiction pursuant to Title VI of the Civil Rights Act of 1964, 42U.S.C. § 1983. § 1985 and 18 U.S.C. § 242. Also, under (concurrent jurisdiction) the color of state law and constitutional law.

## III. PARTIES

**1.**

Plaintiff is a residents of 1421 Caring Court, Maitland, FL 32751.

**2.**

Defendant; Steven D. Merryday is a Judge of the United States District Court, Middle District of Florida, whom may be serve at 400 N. Tampa Street Suite 3200, Tampa FL 33602, or at the Courthouse where the act took place, at the address, U. S. Court, 401 West Central Blvd, Suite 1200, Orlando FL 32801.

## IV. Counts of Discrimination, Fraud and Civil Rights Violations

**1.**

Defendant; Judge Steven D. Merryday discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Ann C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly and Karla R. Spaulding to violated plaintiff (Former United States soldier) Fourteenth Amendment rights (42 U.S.C. § 1983).

**2.**

Defendant; Judge Steven D. Merryday discriminated and conspired with Mark E. Fuller, Mary S. Scriven, Ann C. Conway, John Antoon II, Gregory A. Presnell,

Gregory J. Kelly and Karla R.Spaulding to violated plaintiff (Former United States soldiers) Seventh Amendment rights, guaranteed right to trial by jury in civil case in Federal Court.

3.

Defendant; Judge Steven D. Merryday Discriminated and conspired with Mark E. Fuller, Mary S. Scriven, Ann C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly and Karla R. Spaulding to willfully and intentionally attempt to Dismiss Plaintiff valid complaints filed in federal court without trial by jury, which is a violation of constitutional law under the Seventh Amendment.

4.

Defendant; Judge Steven D. Merryday Discriminated and conspired with Mark E. Fuller, Mary S. Scriven, Ann C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly and Karla R. Spaulding, to intentionally, willfully, and malicious deprived plaintiff of statutorily protected rights under the laws of this state and the United States Constitution, pursuant to 42 U.S.C. § 1983, § 1985 and 18 U.S.C. § 242 and under the color of state law and constitutional law.

5.

That defendant; Judge Steven D. Merryday discriminated and conspired with Judges; Mark E. Fuller, Mary S. Scriven, Ann C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly and Karla R. Spaulding has violated Procedural Due Process, which violates plaintiff's Civil Rights by not following the codes of Judicial

Conduct and by ignoring the rules and laws that the Constitution has laid out as a road map to conducting court proceedings, so that any person will receive a fair and impartial system of justice.

6.

That defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Ann C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly and Karla R. Spaulding and violated Due Process by intervening and taking over cases, knowing that he was the former lover of Judge Anne C. Conway..

7.

That defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated Due process and discriminated against plaintiff by stating in their orders that the "clerk is directed to close the case and terminate any motion that's pending," prior to the appeal procedures, which is intentional tort and discrimination.

8.

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiffs Due process of law rights and discriminated against plaintiff by failing to disclose their Financial and Personal Interest as required by law.

9.

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding, and violated plaintiff Due Process of law Rights and discriminated against plaintiff by answering their own Motion to Disqualify.

10.

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff Due Process of law rights and discriminated against plaintiff by ignoring the U.S. Supreme Court decisions, code of Judicial Conduct, and Constitutional law.

11.

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding, committed a criminal act and discriminated against plaintiff by conspiring, aiding and abetting, other judges, which is Treason under the constitution.

12.

That Defendant; Judge Steven D. Merryday Discriminated and conspired with judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff Due process of law rights and discriminated against plaintiff by stating that it was ok for defendants not

to answer the complaint.

### 13.

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff Due process of law rights and discriminated by threatening plaintiff in their orders with sanctions.

### 14.

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff Due process of law rights and discriminated against plaintiff by becoming an advocate for defendants in previous lawsuits filed in federal court. The judges did not allow defendants in those case to respond to motions or objections as required by rules and laws. The docket will prove that fact. Which deprive plaintiff of equal rights to the court.

### 15.

Defendant; Judge Steven D. Merryday Discriminated and conspired with Judge Mary S. Scriven violated plaintiff Due process of law rights and discriminated against plaintiff by admitting that plaintiff had a valid claim for fraud (**in the case Cuylers V. Aurora Loan Services Inc.**) that arisen out of a state action which was dismissed in the state court, but Mary S. Scriven dismiss the case after plaintiff uncovered that Mary S. Scriven had a financial interest (Stock) related to defendant; Aurora Loan Services, Inc.

**16.**

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff Due process of law rights and discriminated against plaintiff by refusing to order a hearings in cases previously file by plaintiff in other lawsuits in federal court.

**17.**

Defendant; Judge Steven D. Merryday Discriminated and conspired with Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff due process of law rights and discriminated against plaintiff by directing the U.S. Marshal to escort plaintiff to the clerks office from the time he enters the courthouse until the time he exit the courthouse. Plaintiff watch others come an go as they please, and not escorted by a U.S. Marshal.

**18.**

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and obstructed justice and violated plaintiff Due Process of Law Rights and Discriminated against plaintiff by ordering (upon the request of the District Judges of the Middle District of Florida, Orlando Division) that the U.S. Officers of the U.S. Justice Department visit plaintiff at plaintiff home.

## V. INCONCLUSION

Wherefore, plaintiff **demands a trial by jury** and so hereby asking for the following: **$500,000,000.00 (Five hundred million dollars).**

$400,000,000., (Four hundred million dollars) to be paid by **Judge Steven D. Merryday, and $100,000,000.00 (One hundred million dollars)** to be paid by **United States.** Also, plaintiff is seeks a judgment against defendant for intentional tort, declaratory relief, injunctive relief, compensatory and punitive damages in an amount to be determined by a fair and impartial jury to be sufficient to deter the defendant in the future and such other relief as this court may deem just and proper for violating plaintiff's constitutional civil rights; which has caused undue hardship, mental anguish and emotional stress. **Plaintiff is also seeking criminal charges.** Therefore, defendant is liable as a matter of constitutional law. If this case is dismissed without a trial by jury; plaintiff reserve the right to amend the complaint.

## VI. PRAYER FOR RELIEF

Wherefore, plaintiff respectfully prays:

1. For a judgment against defendant in the sum of amount **$500,000,000.00 (Five hundred million dollars)** for defendant violation of plaintiff's statutorily protected rights.

2. For a judgment against defendants on plaintiffs complaint in an amount to be determined by a fair and impartial jury to constitute just compensation for defendant discriminatory and retaliatory acts and punitive damages in an amount to be sufficient to deter these defendant in the future.

3. For attorney's fees and cost as provided by 42 U.S.C.§ 1988; and

4. For a jury trial on all issues triable; and for such other relief as this court deem just and proper.

Respectfully submitted this 23rd day of November, 2011.

Respectfully,

Mark J. Cuyler

As Soldier, I put my life on the line for this country and to be discriminated against and have my civil rights violated by the above name Defendants is unconstitutional and a disgrace to the men and women that are serving and have served in the Military.

# IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY FLORIDA CIVIL DIVISION

| | |
|---|---|
| MARK J. CUYLER ) | |
|     Plaintiff ) | Civil Action No: |
| ) | |
| V. ) | _____ |
| ) | Jury Trial Demanded |
| JUDGE STEVEN D. MERRYDAY, ) | |
| ) | |
|     Defendants ) | |
| _____ / | |

## CERTIFICATE OF SERVICE

I, do hereby certify that a copy of this **COMPLAINT FOR DISCRIMINATION, CONSPIRACY TO COMMIT FRAUD, AND CIVIL RIGHTS VIOLATIONS** by depositing same in the United States Mail envelopes with sufficient postage affixed thereon to insure delivery addressed as follows: Respectfully submitted this __23rd__ day of __November__, 2011.

Mr. Eric Holder, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

United States Attorney
400 N. Tampa Street
Suite 3200
Tampa FL 33602

JUDGE Steven D. Merryday.

U. S. Court, 401 West Central Blvd

Suite 1200

Orlando FL 32801

                                                  Respectfully

1421 Caring CT Maitland, FL 32751
                                                  Mark J. Cuyler




