FILED

2011 DEC 16 AM 10: 43

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK J. CUYLER,                                     Case No. 6:11-cv-_____

      Plaintiff,

v.

JUDGE STEVEN D. MERRYDAY,                           NOTICE OF FILING
                                                    STATE COURT RECORD

      Defendant.
_____/

      Defendant, the Honorable STEVEN D. MERRYDAY, through his counsel the United States Attorney, Middle District of Florida, as contemplated by 28 U.S.C. §§ 1446(a) and 1447(b) and mandated by Local Rule 4.02(b), attach hereto as Exhibit 1 is a true and legible copy of all process, pleadings, orders, and other papers or exhibits of every kind on file in the State Court, as of December 13, 2011, in the case entitled <u>Mark J. Cuyler v. Judge Steven D. Merryday</u>, Case No. 2011-CA-15694, previously pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

Dated: December 16th, 2011        Respectfully Submitted,

ROBERT E. O'NEILL
United States Attorney

*/s/ Ronnie S. Carter*
RONNIE S. CARTER
Assistant United States Attorney
Trial Counsel
Florida Bar No. 0948667
United States Courthouse
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone No. (904) 301-6324/6300
Facsimile No. (904) 301-6363/6310
Email: Ronnie.Carter@usdoj.gov

cc:   Hon. Steven D. Merryday

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, and I furnished a copy of the foregoing document by first-class mail, to the following non-CM/ECF participant(s) listed below:

Mark Cuyler
1421 Caring Court
Maitland, FL 32751

*/s/ Ronnie S. Carter*
RONNIE S. CARTER
Assistant United States Attorney

2

# EXHIBIT 1

792176

IN THE CIRCUIT COURT FOR THE NINTH
JUDICIAL CIRCUIT, ORANGE COUNTY FLORIDA

MARK J. CUYLER

          Plaintiff,

-vs-

                                Case No.:11-CA-15694
                                Division:

JUDGE STEVEN D. MERRYDAY
          Defendant.

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant **JUDGE STEVEN D. MERRYDAY, 401 WEST CENTRAL BLVD, ORLANDO, FLORIDA 32801**

    Each defendant is required to serve written defenses to the complaint or petition on **MARK J. CUYLER**, plaintiff whose address is **1421 CARING COURT MAITLAND FLORIDA 32751**, within 60 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If the defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    DATED on this __28TH__ day of NOVEMBER     NOV 28 2011    ,
2011___

(SEAL)

By:   Deputy Clerk

Lydia Gardner, Clerk of the Circuit Court

CIVIL DIVISION
425 North Orange Avenue, Room 310
Orlando, Florida 32801-1526

STATE OF FLORIDA, COUNTY OF ORANGE   I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office
LYDIA GARDNER, Clerk Circuit Court
DEC 1 3 2011
Date_____ By_____ D.C.

Date: 11/28/2011  INVOICE 3549
Clerk: AMDR  (# Items: 1)
Station: POS2

Description: Summons
Case Civil: —
Grand Total Tendered: 40.00
Tax: 0.00
Total: 40.00
{ Cash Civil }  40.00
Total: 40.00

| | | | | |
|---|---|---|---|---|
| PROCESS RECEIVED: | 11/28/2011 3:?0PM | | | **Orange County Sheriff's Office** |
| RETURN DAYS: | 20 | | | **Return of Service** |
| RETURN DATE: | | | | |
| SHOW CAUSE DATE: | | | | |
| WRIT #: | 792176 | | CASE: | 11CA15694 |
| CIV-SUMMONS | | | COURT: | 9TH JUDICIAL CIRCUIT COURT |
| SERVE TO: | JUDGE MERRYDAY, STEVEN D | | COUNTY: | ORANGE |
| HOME ADDRESS: | | | | |
| BUSINESS ADDRESS: | 401 W CENTRAL BLVD ORLANDO, FL 32801 | | | ***** DO NOT POST |

```
                                                    SERVER:        CO35
    MARK J CUYLER                                   ENTERED BY:    PM
    1421 CARING COURT                               FEE CODE:      22
    MAITLAND, FL 32751                              Fee/Xfee:      $ 40.00
                                                    WITNESS FEE:   $ 0.00
                                                    OVERPAYMENT:   $ 0.00
SERVICE INFORMATION: (407) 836-4570 (9AM - 1PM)     LEVY DEPOSIT:  $ 0.00
PLAINTIFF: MARK J CUYLER
DEFENDANT: JUDGE MERRYDAY, STEVEN D
TOTAL AMOUNT DUE:  $ 0.00        Daily Interest:  $ 0.00
SERVED THIS PROCESS AT _____, ON _____ IN ORANGE COUNTY, FLORIDA, BY:
```

☐ INDIVIDUAL SERVICE: By delivering to the within named individual a true copy of this process, with any attachments provided, and informing the individual of their contents.

☐ SUBSTITUTE SERVICE: By leaving a true copy of this process, with any attachments provided, and informing the individual of their contents, at the within named person's usual place of abode with a resident fifteen years of age or older to wit:

_____     _____
      Name                     Relationship

☐ CORPORATE SERVICE: By delivering a true copy of this process, with any attachments provided, to:

_____     _____
      Name                       Title

as President, Vice President, or other head of the corporation; or in their absence, the cashier, treasurer, secretary, or general manager; or in their absence, any officer or business agent residing in the state; or the registered agent; or an employee at the corporation's place

☐ POSTED SERVICE: By attaching a copy of this process, with a copy of any attachments provided, to a conspicuous place on the property described within. Neither the tenant(s) nor a resident 15 years old or older could be found a the tenant's usual place of residence, after 2 attempts, at least 6 hours apart.

☐ OTHER: By delivering a true copy of this process, with any attachments provided, to

_____, as _____.

☑ NON-SERVICE: And hereby return same unserved on: __11-29-11__ (date) for the reason that after diligent search and inquiry, the within named could not be found in Orange County, Florida, or for reasons specified below:

EXPLANATION:

Works at Tampa Court House
801 N. Florida Ave
Tampa, Fl 33602

**SERVICE ATTEMPTS**

| Date/Time | Date/Time |
|---|---|
| 11/29/11 8:40AM | |
| | |
| | |
| | |

STATE OF FLORIDA, COUNTY OF ORANGE  I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office
LYDIA GARDNER, Clerk Circuit Court
DEC 12 2011
Date_____ By_____ D.C.

RECEIVED BY

SHERIFF OF ORANGE COUNTY, FLORIDA

_H. Carter_  1035

OFFICER                          ID #

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL
CIRCUIT IN AND FOR ORANGE COUNTY
FLORIDA CIVIL DIVISION

| | |
|---|---|
| MARK J. CUYLER ) | |
| Plaintiff ) | Civil Action No: |
| ) | |
| V. ) | _____ |
| ) | |
| ) | Jury Trial Demanded |
| JUDGE STEVEN D. MERRYDAY, ) | |
| ) | 11-CA-15694 |
| Defendants ) | |
| _____/ | FILED IN OFFICE  NOV 2 3 2011 |
| | LYDIA GARDNER, Clerk, Cir. Ct., Orange Co., FL |
| | By _____ D.C. |

## CERTIFICATE OF SERVICE

I, do hereby certify that a copy of this **COMPLAINT FOR DISCRIMINATION, CONSPIRACY TO COMMIT FRAUD, AND CIVIL RIGHTS VIOLATIONS** by depositing same in the United States Mail envelopes with sufficient postage affixed thereon to insure delivery addressed as follows:
Respectfully submitted this __23rd__ day of __November__, 2011.

Mr. Eric Holder, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

United States Attorney
400 N. Tampa Street
Suite 3200
Tampa FL 33602

JUDGE Steven D. Merryday.

U. S. Court, 401 West Central Blvd

Suite 1200

Orlando FL 32801

Respectfully

1421 Caring CT Maitland, FL 32751

Mark J. Cuyler

STATE OF FLORIDA, COUNTY OF ORANGE  I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office
LYDIA GARDNER, Clerk Circuit Court
DEC 12 2011
Date_____ By_____ D.C.

FORM 1.997                    FLORIDA RULES OF CIVIL PROCEDURE                    FORM 1.997

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See instructions for completion.)

**I. CASE STYLE**

Plaintiff: Mark J. Cuyler

(Name of Court) The 9th Judicial Circuit In And For Orange County

Case #: 11-CA-15694

Judge: _____

vs.

Defendant: Judge Steven D. Merryday

*FILED IN OFFICE 2011 NOV 23 PM — LYDIA GARDNER CLERK CIRCUIT COURT ORANGE*

**II. TYPE OF CASE**   (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence—other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability—commercial
  - ☐ Premises liability—residential
- ☐ Products liability
- ☐ Real property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
- ☐ Homestead residential foreclosure $0 - $50,000
- ☐ Homestead residential foreclosure $50,001 - $249,999
- ☐ Homestead residential foreclosure $250,000 or more
- ☐ Nonhomestead residential foreclosure $0 - $50,000
- ☐ Nonhomestead residential foreclosure $50,001 - $249,999
- ☐ Nonhomestead residential foreclosure $250,000 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more
- ☐ Professional malpractice
  - ☐ Malpractice—business
  - ☐ Malpractice—medical
  - ☐ Malpractice—other professional
- ☐ Other
  - ☐ Antitrust/Trade regulation
  - ☐ Business transactions
  - ☐ Constitutional challenge—statute or ordinance

CIV-124

FORM 1.997          FLORIDA RULES OF CIVIL PROCEDURE          FORM 1.997

- ☐ Constitutional challenge—proposed amendment
- ☐ Corporate trusts
- ☒ Discrimination—employment or other
- ☐ Insurance claims
- ☐ Intellectual property
- ☐ Libel/Slander
- ☐ Shareholder derivative action
- ☐ Securities litigation
- ☐ Trade secrets
- ☐ Trust litigation

III. REMEDIES SOUGHT (check all that apply):
☒ monetary;
☐ nonmonetary declaratory or injunctive relief;
☒ punitive

IV. NUMBER OF CAUSES OF ACTION: [ ]
(specify) _____

V. IS THIS CASE A CLASS ACTION LAWSUIT?
☐ yes
☒ no

VI. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

VII. IS JURY TRIAL DEMANDED IN COMPLAINT?
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature: _Cuyler_ Attorney or party     Fla. Bar # Pro-Se (Bar # if attorney)

Mark J. Cuyler
(type or print name)

11-23-2011
Date

CIV-125

STATE OF FLORIDA, COUNTY OF ORANGE   I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office
DEC 1 3 2011   LYDIA GARDNER, Clerk Circuit Court
Date _____ By _____

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL
CIRCUIT IN AND FOR ORANGE COUNTY
FLORIDA CIVIL DIVISION

| | |
|---|---|
| MARK J. CUYLER )<br>      Plaintiff     ) | 11-CA-15694<br>Civil Action No: |
| ) | |
| V.               ) | |
| ) | Jury Trial Demanded |
| JUDGE STEVEN D. MERRYDAY, ) | |
| ) | |
|       Defendants  ) | |

FILED IN OFFICE
2011 NOV 23 PM 1:03
LYDIA GARDNER
CLERK CIRCUIT COURT
ORANGE CO., FL

## COMPLAINT FOR DISCRIMINATION, CONSPIRACY TO COMMIT FRAUD, AND CIVIL RIGHTS VIOLATIONS

Comes now, plaintiff in the above style action, and files this **Complaint** for Discrimination, Conspiracy to commit Fraud, and Civil Rights Violations against the above named defendant in his **"individual and official capacity"** for violating plaintiff's civil rights under Title VI of the Civil Rights Act of 1964, ("which forbids discrimination related to programs and governmental agencies that receive federal funds"), Seventh Amendment and the Fourteenth Amendment to the United States Constitution (Due process of law) and under the color of state and federal law provision, **42 U.S.C. § 1983, § 1985** and plaintiff is seeking criminal charges under **18 U.S.C. § 242.** Plaintiff shows that defendant have intentionally deprived plaintiff of his protected rights under the laws of this state and the United States Constitution. Thereby injuring plaintiff in the sum of **$500,000,000.00 (Five hundred million dollars).**

## I. NATURE OF COMPLAINT

This action is brought by Mark J. Cuyler black male citizen of the United States and Disable Veteran against **JUDGES: Steven D. Merryday** (hereinafter "Defendant"). Plaintiff have been treated differently than other people (who file complaints) in similar situations and plaintiff have been subjected to court actions for the purpose of intimidating plaintiff for exercising plaintiff equal rights to the court and expressing his opinion. Plaintiff seeks relief from this Federal Judicial Officers, pursuant to **Florida Const. Art V**, in claims arising from Violations of Constitutional Rights guaranteed in the 14th Amendment and 7th Amendment to the U.S. Constitution an redress defendant pursuant to <u>Bivens V. Six Unknown Narcotics Agents</u> 403 U.S. 388 (1971).

## FOURTEENTH AMENDMENT STATES:

> "All persons born or naturalized in the United States and subject to the Jurisdiction thereof, are citizens of the United States and of the state Wherein, they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor Shall any state deprive any person of life, liberty or property, without Due Process of law; nor deny to any person within its jurisdiction the equal Protection of the laws." <u>Due Process Clause</u>: " Constitutional Provision designed to ensure that laws will be reasonable both in substance and in means of implementation."

This action is for Defendant Discrimination, Conspiracy to commit Fraud, and Civil Rights Violation against plaintiff for having complained of defendant intentional, willful, and malicious violations of plaintiff statutorily protected rights under the Fourteenth and Seventh Amendment. The actions complained of arises out of Lawsuits file in the Federal Court. Where defendant conspired to attempt to dismiss valid complaints without cause. The defendant actions violated State and Constitutional law. Thereby, giving plaintiff the right to file suit.

## II. JURISDICTION AND VENUE

Plaintiff claim State Court jurisdiction pursuant to Florida Const. Law Article V, cases that arising under the U.S. Constitution. Also, this Court has jurisdiction pursuant to Title VI of the Civil Rights Act of 1964, 42U.S.C. § 1983. § 1985 and 18 U.S.C. § 242. Also, under (concurrent jurisdiction) the color of state law and constitutional law.

## III. PARTIES

**1.**

Plaintiff is a residents of 1421 Caring Court, Maitland, FL 32751.

**2.**

Defendant; Steven D. Merryday is a Judge of the United States District Court, Middle District of Florida, whom may be serve at 400 N. Tampa Street Suite 3200, Tampa FL 33602, or at the Courthouse where the act took place, at the address, U. S. Court, 401 West Central Blvd, Suite 1200, Orlando FL 32801.

## IV. Counts of Discrimination, Fraud and Civil Rights Violations

**1.**

Defendant; Judge Steven D. Merryday discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Ann C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly and Karla R. Spaulding to violated plaintiff (Former United States soldier) Fourteenth Amendment rights (42 U.S.C. § 1983).

**2.**

Defendant; Judge Steven D. Merryday discriminated and conspired with Mark E. Fuller, Mary S. Scriven, Ann C. Conway, John Antoon II, Gregory A. Presnell,

**Gregory J. Kelly and Karla R.Spaulding** to violated plaintiff (**Former United States soldiers**) Seventh Amendment rights, guaranteed right to trial by jury in civil case in Federal Court.

### 3.

Defendant; Judge Steven D. Merryday Discriminated and conspired with **Mark E. Fuller, Mary S. Scriven, Ann C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly and Karla R. Spaulding** to willfully and intentionally attempt to Dismiss Plaintiff valid complaints filed in federal court without trial by jury, which is a violation of constitutional law under the Seventh Amendment.

### 4.

Defendant; Judge Steven D. Merryday Discriminated and conspired with **Mark E. Fuller, Mary S. Scriven, Ann C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly and Karla R. Spaulding,** to intentionally, willfully, and malicious deprived plaintiff of statutorily protected rights under the laws of this state and the United States Constitution, **pursuant to 42 U.S.C. § 1983, § 1985 and 18 U.S.C. § 242 and under the color of state law and constitutional law.**

### 5.

That defendant; Judge Steven D. Merryday discriminated and conspired with Judges; **Mark E. Fuller, Mary S. Scriven, Ann C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly and Karla R. Spaulding** has violated Procedural Due Process, which violates plaintiff's Civil Rights by not following the codes of Judicial

Conduct and by ignoring the rules and laws that the Constitution has laid out as a road map to conducting court proceedings, so that any person will receive a fair and impartial system of justice.

6.

That defendant; Judge Steven D. Merryday Discriminated and conspired with **Judges Mark E. Fuller, Mary S. Scriven, Ann C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly and Karla R. Spaulding** and violated Due Process by intervening and taking over cases, knowing that he was the former lover of Judge Anne C. Conway..

7.

That defendant; Judge Steven D. Merryday Discriminated and conspired with **Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding** and violated Due process and discriminated against plaintiff by stating in their orders that the "clerk is directed to close the case and terminate any motion that's pending," prior to the appeal procedures, which is intentional tort and discrimination.

8.

That Defendant; Judge Steven D. Merryday Discriminated and conspired with **Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding** and violated plaintiffs Due process of law rights and discriminated against plaintiff by failing to disclose their Financial and Personal Interest as required by law.

**9.**

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding, and violated plaintiff Due Process of law Rights and discriminated against plaintiff by answering their own Motion to Disqualify.

**10.**

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff Due Process of law rights and discriminated against plaintiff by ignoring the U.S. Supreme Court decisions, code of Judicial Conduct, and Constitutional law.

**11.**

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding, committed a criminal act and discriminated against plaintiff by conspiring, aiding and abetting, other judges, which is Treason under the constitution.

**12.**

That Defendant; Judge Steven D. Merryday Discriminated and conspired with judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff Due process of law rights and discriminated against plaintiff by stating that it was ok for defendants not

to answer the complaint.

**13.**

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff Due process of law rights and discriminated by threatening plaintiff in their orders with sanctions.

**14.**

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff Due process of law rights and discriminated against plaintiff by becoming an advocate for defendants in previous lawsuits filed in federal court. The judges did not allow defendants in those case to respond to motions or objections as required by rules and laws. The docket will prove that fact. Which deprive plaintiff of equal rights to the court.

**15.**

Defendant; Judge Steven D. Merryday Discriminated and conspired with Judge Mary S. Scriven violated plaintiff Due process of law rights and discriminated against plaintiff by admitting that plaintiff had a valid claim for fraud (**in the case Cuylers V. Aurora Loan Services Inc.**) that arisen out of a state action which was dismissed in the state court, but Mary S. Scriven dismiss the case after plaintiff uncovered that Mary S. Scriven had a financial interest (Stock) related to defendant; Aurora Loan Services, Inc.

**16.**

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Judges Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff Due process of law rights and discriminated against plaintiff by refusing to order a hearings in cases previously file by plaintiff in other lawsuits in federal court.

**17.**

Defendant; Judge Steven D. Merryday Discriminated and conspired with Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff due process of law rights and discriminated against plaintiff by directing the U.S. Marshal to escort plaintiff to the clerks office from the time he enters the courthouse until the time he exit the courthouse. Plaintiff watch others come an go as they please, and not escorted by a U.S. Marshal.

**18.**

That Defendant; Judge Steven D. Merryday Discriminated and conspired with Mark E. Fuller, Mary S. Scriven, Anne C. Conway, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and obstructed justice and violated plaintiff Due Process of Law Rights and Discriminated against plaintiff by ordering (upon the request of the District Judges of the Middle District of Florida, Orlando Division) that the U.S. Officers of the U.S. Justice Department visit plaintiff at plaintiff home.

## V. INCONCLUSION

Wherefore, plaintiff **demands a trial by jury** and so hereby asking for the following: **$500,000,000.00 (Five hundred million dollars).**

$400,000,000., (Four hundred million dollars) to be paid by **Judge Steven D. Merryday,** and **$100,000,000.00 (One hundred million dollars)** to be paid by **United States.** Also, plaintiff is seeks a judgment against defendant for intentional tort, declaratory relief, injunctive relief, compensatory and punitive damages in an amount to be determined by a fair and impartial jury to be sufficient to deter the defendant in the future and such other relief as this court may deem just and proper for violating plaintiff's constitutional civil rights; which has caused undue hardship, mental anguish and emotional stress. **Plaintiff is also seeking criminal charges.** Therefore, defendant is liable as a matter of constitutional law. If this case is dismissed without a trial by jury; plaintiff reserve the right to amend the complaint.

## VI. PRAYER FOR RELIEF

Wherefore, plaintiff respectfully prays:

1. For a judgment against defendant in the sum of amount **$500,000,000.00 (Five hundred million dollars)** for defendant violation of plaintiff's statutorily protected rights.

2. For a judgment against defendants on plaintiffs complaint in an amount to be determined by a fair and impartial jury to constitute just compensation for defendant discriminatory and retaliatory acts and punitive damages in an amount to be sufficient to deter these defendant in the future.

3. For attorney's fees and cost as provided by **42 U.S.C.§ 1988;** and

4. For a jury trial on all issues triable; and for such other relief as this court deem just and proper.

Respectfully submitted this 23rd day of November, 2011.

Respectfully,

Mark J. Cuyler

As Soldier, I put my life on the line for this country and to be discriminated against and have my civil rights violated by the above name Defendants is unconstitutional and a disgrace to the men and women that are serving and have served in the Military.

STATE OF FLORIDA, COUNTY OF ORANGE   I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office
DEC 1 3 2011
LYDIA GARDNER, Clerk Circuit Court
Date_____ By_____ D.C.