# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| MARK J. CUYLER | ) | |
| Plaintiff | ) | Civil Action No: |
| | ) | 6:11-MC-90-ORL-22DAB |
| V. | ) | |
| | ) | **Jury Trial Demanded** |
| JUDGE STEVEN D. MERRYDAY, | ) | |
| | ) | |
| Defendants | ) | |
| _____/ | | |

## PLAINTIFF OBJECTION TO THE ORDER AND REPORT AND RECOMMENDATION TO THE UNITED STATES DISTRICT COURT, RENDERED ON JANUARY 6, 2012,

Comes now, plaintiff, Mark J. Cuyler in the above caption, files this Objection to the Court's Order and Report and Recommendation, rendered on January 6, 2012.

In support of Plaintiff Objection, plaintiff state the following:

## INTRODUCTION

Judge David A. Baker has recused himself and/or transferred other cases that he was previously assigned to involving plaintiff, which makes his orders void and no good because he lacks jurisdiction to hear or decide any case concerning plaintiff. Judge David A. Baker stated in his previous recusal orders and/or transfer that because of his personal working relationship with Chief Judge Anne C. Conway, and other judges of the Middle District, he automatically disqualified himself from presiding over any of plaintiff previously filed lawsuit, until now! Judge David A Baker has committed a criminal act by rendering an order in this

**case without jurisdiction. Also, this court (Judge David A. Baker) and other judges**

**of the Middle District Court, Orlando Division has conspired to create a case in**

**August of 2011 to cover up the criminal acts of the judges of the Middle District**

**Court of Orlando Division by attaching Cuyler et al V. Presnell et al.   Case No:**

**6:11-MC-90-ORL-22ACC and Cuyler V. Judge Steven D. Merryday Case No:**

**6:11-MC-90-ORL-22DAB** to show that plaintiff did not response to any of

the orders. (which is fraud because plaintiff has responded to every order

that has been rendered in this court, which those responses and objections

are still pending in every case). However, plaintiff was never notified of the

removal of the case (Cuyler V. Steven D. Merryday) from State Court. The

actions by this court is criminal. See 18 U.S.C. sec.1001. Finally, Judge

David A. baker violated Title 28 U.S.C. sec. 636(c), because plaintiff never

consented to a magistrate judge deciding this case when all other cases filed

by plaintiff has been presided over by a Federal District Judge.

## STATEMENT OF FACTS

### 1.

First, lets clarify why lawsuits were brought against the judges of the
Middle District of Florida, Orlando Division. It was not because of the
courts rulings. It was because the judges of this Middle District conspired
with Judge **Mary S. Scriven** and violated the law and by doing so, violated
plaintiffs Statutorily Protected Civil Rights under the Fourteenth
Amendment of the Constitution.

### 2.

Judge **David A. Baker** order is **"No Good"** for the following reasons: **1)**

Judge Baker order is a criminal act and Treason by   aiding, assisting, abetting, and

conniving with other judges, **2)** Judge Baker order is **Vindictive** and   **threatening, 3)**

**Judge Baker order is a violation of his Oath of office**, the **codes of Judicial**

**Misconduct**, he has **abused his discretion**, 4) and most of all, **is a crime** under the

following law:

**Under title 18 U.S.C. sec. 1001, makes it a crime to: 1) knowingly and willfully; 2)**
**make any materially false, fictitious or fraudulent statement or representation; 3)**
**falsifies, conceals, or covers up by any trick, scheme, or device a material fact; 4) in**
**any matter within the jurisdiction of the executive, legislative or judicial branch of**
**the United States.**

Under Federal law which is applicable to all States, the U.S. Supreme Court
stated that if a court is *"without authority, its judgments and orders are*
*regarded as nullities. They are **not voidable**, but **simply void**; and form no*
*bar to a recovery sought, even prior to a reversal in opposition to them. They*
*constitute no justification; and all persons concerned in executing such*
*judgments or sentences, are considered, in law as **trespassers**."*
*Elliot V. Piersol,* 1 Pet. 328, 340, 26 U.S. 328, (1928)

        The U.S. Supreme Court, in Scheuer V. Rhodes, 416 U.S. 232, 94,
S.Ct. 1683, 1687 (1974), stated that *"When a state officer acts under a state*
*law in a manner violative of the Federal Constitution, he "comes into*
*conflict with the superior authority of that Constitution, and he is in that*
*case stripped of his official or representative character and is subjected in*
*his person to the consequences of his individual conduct. The State has no*
*power impart to him any immunity from responsibility to the supreme*
*authority of the United States."*

### 3.

**The court's argument that they are immune from suit is clearly**

**without merit. The judges uses out of date law to try and justify their**

criminal acts. Contrary, to (Defendant) judges belief that they are immune, they should know that laws change and for them to use laws from more than 30 years ago to justify their acts is a crime. See law below:

(see Rod R. Blagojevich V. United States) who received 14 years in prison for violating the Oath of office and committing fraud; 2011).

Also, see *Jones V. Clinton, 869 F. Supp. 690 (E.D. Ark. 1994)* Motion for immunity was denied, the U.S. Supreme court in 1997 agreed with *Paula Jones and granted her the right to sue Bill Clinton.*

**Background of the Clinton case:**

"Both parties appealed to the United States Court of Appeal for the Eight Circuit, which ruled in favor of Jones, finding that " the President, like all other government officials, is subject to the same laws that apply to all other members of our society." In a unanimous decision, the U.S. Supreme Court affirmed the decision of the Court of Appeals."

**Aftermath of the Clinton Case:**

"As a consequence of his conduct in the *Jones V. Clinton civil suit* to decline prosecution: 1) President Clinton's admission of providing false testimony that was knowingly misleading, evasive, and

prejudicial to the administration of justice before the United States
District Court; 2) his acknowledgement that his conduct violated the
Rules of Professional Conduct of office; 3) the Five-year
suspension of his license to practice law; 4) the payment of more than
$850,000. In settlement to Paula Jones; and 5) Public condemnation
of his impeachment.

Case law has proven that **judicial immunity** is not absolute and
**Congress in 1996** passed a law to overcome rulings on immunity, which
states that **judicial immunity doesn't exist**; and citizens can sue judges for
prospective injunctive relief.

**Butz v. Economou, 98 S. Ct. 2894 (1978); United States v. Lee, 106 U.S.**
**220, 1 S. Ct. 261 (1882)**

**"No man or woman in this country is so high that he/she is above the law. No**
**officers of the law may set that law at defiance or with impunity. All the officers of**
**the government, from the highest to the lowest, are creatures of the law and are**
**bound to obey it." "It is the only supreme power in our system of government,**
**and every man and woman who, by accepting office participates in its functions, is**
**only the more strongly bound to submit to that supremacy, and to observe the**
**limitations which it imposes on the exercise of the authority which it gives."**
**Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678,**
**694; Cannon v. Commission on Judicial Performance, (1983) 33 Cal. 3d**

359, 371, 374

"Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process."

## Under 42 USC Sec. 1983

"Nowhere was the Judiciary given immunity, particularly nowhere in Article III; under our Constitution, if judges were to have immunity, it could only possibly be granted by amendment (and even less possibly by legislative act), as Art. 1, sections 9&10, respectively, in fact expressly prohibit such law."

## Chandler v. Judicial Council of the 10th, 398 U.S. 74, 90 S. Ct. 1648, 26 l. Ed 2d 100 (1970)

"U.S. Supreme Court Justice Douglas, in his dissenting opinion at page 140 said, "if (federal judges) break the law, they can be prosecuted." Justice Black, in his dissenting opinion at page 141 said, "judges, like other people, can be tried, convicted and punished for crimes... The judicial power shall extend to all cases, in law and equity, arising under this Constitution."

## Forrester v. White, 484 U.S. at 227-229, 108 S. Ct. at 544-545 (1987); Westfall v. Erwin, 108 S. Ct. 580 (1987); United States v. Lanier (March 1997)

"Constitutionally and in fact of law and judicial rulings, State-federal "magistrates-judges" or any government actors, state or federal, may now be held liable, if they violate any citizen's Constitutional rights, privileges, or immunities, or guarantees; including statutory civil

rights."

"In 1996, Congress passed a law, which stated that judicial immunity doesn't exist; citizens can sue judges for prospective injunctive relief."

Warnock v. Pecos County, Texas., 88 f3d 341 (5th Cir. 1996)

"Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law."

Owen v. City of independence, 455 U.S. 622 (1980)

"The innocent individual who is harmed by an abuse of governmental authority is assured that he will be compensated for his injury."

Sherar v. Cullen,   481 U.S. F. 2d 946 (1973)

"There can be no sanction or penalty imposed upon one because of his exercise of Constitutional rights."

4.

The court's argument that Plaintiff fail to respond and follow an injunction order of Pre-screening and is in contempt of court is fraud and a crime under federal law. (plaintiff has respond to all of the court's orders and those responses are still pending).

The order by this court (Judge David A. Baker) violates plaintiff Due process of law rights. "a criminal contempt charge of a criminal nature of the proceedings, the prosecution must be handle by a prosecutor appointed by

the court for that purpose, and the alleged contemnor must be afforded the

**right to a jury trial,** unless the court treats the contempt as a petty offense"

see **Cassady V. Owens**, no. Cv408-250 (2010 WL) S.D. Ga. Dec. 7, 2010.

**Under title 18 U.S.C. sec. 1512, (b) Whoever knowingly uses intimidation or physical force, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward anther person, with intent to-**

**(1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to-**
 **(A) Withhold testimony, or record, document, or other object, from an official proceeding.... shall be fined $5,000. under this title or imprisoned not more than ten years, or both.**

This order by the court (Judge David A. Baker) is a threat, and

violates the U.S. Supreme court decisions and other circuit court decisions.

"A pre-filing injunction is an extreme remedy, and should be used only in

exigent circumstances." **De Long V. Hennessey, 912 F.2d 1144 (9th Cir.**

**1990), U.S. v. Powerstein, 2006 U.S. App. Lexis 1428, 185 Fed. Appx. 811**

**(11th Cir. 2006)** The United States Supreme Court has stated: "A litigant is

entitled to notice and an opportunity to be heard before the court imposed

the injunctive order". Also, "A court must , of course, exercise caution in

invoking its power, and it must comply with the mandates of Due Process."

**Chambers V. Nasco, Inc., U.S. 32, 50(1991).** "A pre-filing injunction

cannot be issued merely upon showing of litigiousness." **Tripati V.**

**Beaman, 878 F.2d 351 (10 Cir. 1989)** (litigiousness alone will not support

an injunction restricting filing activities.") "This pre-filing injunction fails to identify a single lawsuit that was adjudged to be frivolous." Base on the law, the court order is **void** and **no good**.

Therefore, this order by the court (Judge David A. Baker) is a part of a series in which gross misconduct by federal judges who will lie to protect themselves and each other and conceal their misconduct through the use of Threats and Sanctions. **See Mason V. Graham & Lynch, (11th Cir. 2001).**

## MEMORANDUM OF LAW

**The presence of malice and the intention to deprive a person of his civil rights is wholly incompatible with the judicial function. When a judge acts intentionally and knowingly to deprive a person of his constitutional rights he exercise no discretion or** individual judgment; **he acts no longer as a judge,** but as a **"minister" of his own prejudices.** Pierson V. Ray, **386 U.S. 547 at 568 (1967).**

When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost. **Rankin V. Howard, 633 F.2d 844, cert. den. Zeller V. Rankin, 101 S. Ct. 2020, 451 U.S. 939, 68 L. Ed 2d 326 (1980).**

Whenever, any officer of the court commits fraud during a proceeding in the court, he/she is engaged in "fraud upon the court". In **Bulloch V. United States, 763 F. 2d 1115, 1121 (10th Cir. 1985),** the court stated ... It is where the court or a member is corrupted or influenced or influence is

attempted or where the judge has not performed his/her judicial functions.

**"Fraud upon the court" makes void the orders and judgments of that court.**

**In federal tort law**, judges cannot invoke judicial immunity for acts that violate litigants civil rights. *Robert Craig Waters, Tort & Law   Journal, Spr. 21 n3, 9509-516 (1986).* **Referring** both to the **objective** and **subjective** elements, we have held that **immunity would be defeated if an official "knew or reasonably should have known** that the action he/she took within his/her sphere of official responsibility would violate the constitutional rights of the "Plaintiff", or if he/she took the action with the malicious intention to cause a deprivation of constitutional rights or other injury." <u>Harlow et al V. Fitzgerald,</u> **457 U.S.   800; 102 S. Ct. 2727; 73 L. Ed. 2d 396; (1982)**. "The purpose of the statute **|42 USC § 1983|** was to **deter public officials** from using the badge of their authority to violate persons constitutional rights and to provide compensation and other relief to victims of constitutional deprivations when that deterrence failed." <u>Carey V. Piphus,</u> **435 US 247, 253 (1978).**

**Judicial immunity** is not for the benefits of a **malicious or corrupt judge.** <u>Pulliam V. Allen,</u> **466 U.S. 532, Fn. 7 (1984). Defendants in this case believe that they have the absolute power to reject their oath; defy the law; and condone error, malicious conduct, corruption, deprivation of constitutional rights, conspiracy and all manner of evil simply because they proclaim themselves "immune."**

The United States Supreme Court decision in <u>Monell V. Department of Social Services</u>. **429 U.S. 1071, 97 S. Ct. 807 (1978)** "The State and Local Government Agencies are free from liability for torts committed, **except in cases in which they have**

consented by statute to be sued. "Statutes that violates constitutional protected rights (the Judges continuously denied plaintiff **Due Process of Law**)." "The Supreme Court has held that local government can be **sued directly** under **42 U.S.C. § 1983** for monetary, declaratory, or injunctive relief **where the action that alleged to be unconstitutional in implementation or execution by a statement or decision by an official.**" This statement contradicts the United states Supreme Court decision in **Hafer V. Melo, 112 S. Ct. 358 (1991).** Thus, **Hafer** held that a state official may be sued in a personal capacity for action taken in an official capacity and that such **a claim is not barred by the Eleventh Amendment."**

Also, "When a § 1983 claimant seeks relief against a federal official, it is necessary to sue the appropriate federal official in his or her official capacity. The Supreme Court made this point in **Kentucky V. Graham, 473 U.S. 159, 167n 14 (1985).** "Judges are only shielded from liability........ in so far, as their conduct does not violate clearly established statutory or Constitutional rights." **Harlow V. Fitzgerald, 457 U.S. 800, 817-18 (1982),** Justice Brennan, Marshall and Blackmun, concurring opinion in Harlow, the court's opinion as not allowing the official who actually knows that he was violating the law, **but try to escape liability for his actions by asserting absolute or qualified immunity,** the justices agreed that **there is no reason to immunize** such a **"sly violator."**

Judges have no judicial immunity for criminal acts, aiding, assisting, or conniving with others who perform a criminal act, or for their administrative/ministerial duties. When a judge has a duty to act, he does not have discretion - he is then not performing a judicial act, he/she is performing a ministerial act. **Judicial immunity does not exist for judges who engage in criminal activity, for judges who connive with, aid and abet the criminal activity of another judge, or to a judge for damages**

**sustained by a person who has been harmed by the judge's connivance
with, aiding and abetting, another judge's criminal activity.**

The U.S. Supreme Court has stated "**No state legislator or executive
or judicial officer** can war against the Constitution without violating his
undertaking to support it". **Cooper V. Aaron, 358 U.S. 1, 78 S. ct. 1401
(1958). Any judges who does not comply with his oath to the
Constitution of the United States** wars against that Constitution and
engages in acts in violation of the Supreme Law of the Land. The judge is
engaged in acts of treason. Having taken at least two, if not three, oaths of
office to support the Constitution of the United States, and the Constitution
of the State of in which their judge ship, any judge who has acted in
violation of the Constitution is engaged in an act or acts of **treason.** "If a
judge does not fully comply with the Constitution, then his/her **orders are
void,**" **In re Sawyer, 124 U.S. 200 (1988).**

Whenever a judge acts where he/she does not have jurisdiction to act,
the judge is engaged in an act or acts of **treason. U.S. v. Will, 449 U.S. 200,
216, 101 S. Ct. 471, 66 L.Ed.2d 392, 406 (1980).**

"Due Process is a requirement of the U.S. Constitution. **A judge who

violates the Constitution deprives him or her from acting as a judge**

under the law. He or She is acting as a private person, and not in the capacity

of being a judge." Id. *Cooper V. Aaron*

Therefore, based on all the paragraphs and laws stated above, the

**Order** by the Court; Judge **David A. Baker, is a Threat and It is "NO

GOOD."**

Respectfully submitted this __17ᵗʰ__ day of __January__ , 2012

**Respectfully,**

Mark J. Cuyler

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MARK J. CUYLER**
          **Plaintiff**    )      **Civil Action No:**

                      )         **6:11-MC-90-ORL-22DAB**

          **V.**         )

                      )      **Jury Trial Demanded**

**JUDGE STEVEN D. MERRYDAY,**  )

                      )

          **Defendants**    )

_____/

## CERTIFICATE OF SERVICE

    I, do hereby certify that a copy of this   **PLAINTIFF OBJECTION TO THE ORDER AND REPORT AND RECOMMENDATION TO THE UNITED STATES DISTRICT COURT, RENDERED ON JANUARY 6, 2012,** by depositing same in the United States Mail envelopes with sufficient postage affixed thereon to insure delivery addressed as follows:
Respectfully submitted this   17th   day of   January , 2011.

**Mr. Eric Holder, United States Attorney General**      **United States Attorney**
**U.S. Department of Justice**                        **400 N. Tampa Street**
**950 Pennsylvania Avenue, N.W.**                **Suite 3200**
**Washington, D.C. 20530**                    **Tampa FL 33602**

**JUDGE Steven D. Merryday.**

**U. S. Court, 401 West Central Blvd**

 **Suite 1200**

**Orlando FL 32801**

                                          Respectfully

1421 Caring CT Maitland, FL 32751               Mark J. Cuyler