# EXHIBIT-A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK J. CUYLER,

   Plaintiff,

vs.               CASE NO. 6:11-CV-1-ORL-19KRS

WACHOVIA BANK, N.A.; OF
WELLS FARGO BANK, N.A.,
STATE FARM INSURANCE COMPANY,

   Defendants.
_____

## ORDER

  I hereby **RECUSE** myself from further proceedings in this case due to a financial interest in one of the parties to this case. I direct that the Clerk of Court reassign it to another judge under the blind assignment system.

  **DONE AND ORDERED** at Orlando, Florida, this ___10th___ day of January, 2011.

                  *Patricia C. Fawsett*
                  PATRICIA C. FAWSETT, JUDGE
                  UNITED STATES DISTRICT COURT

*[Handwritten: New case # 6:11-CV-1-28KRS]*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARK CUYLER, TERESA A. MITCHELL,**

    **Plaintiffs,**

v.                                                                                          Case No. 6:11-cv-87-Orl-28KRS

**MARY A. SCRIVEN, JUDGE, STATE OF FLORIDA,**

    **Defendants.**

_____

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a) and in the interest of justice, I hereby recuse myself from this matter and request that this case be reassigned. Defendant Mary Scriven is a colleague and works with me in the Orlando Division of the Middle District of Florida. Judge Scriven and I have an ongoing professional and social relationship and my name appears on Plaintiffs' Certificate of Interested Persons (Doc. 7). My relationship with Judge Scriven could cause a reasonable person to question my impartiality.

**DONE** and **ORDERED** in Chambers in Orlando, Florida this 11th day of February, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Division Manager

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK CUYLER, TERESA A. MITCHELL,

    Plaintiffs,

-vs-                                    Case No. 6:11-cv-87-Orl-KRS

MARY A. SCRIVEN, JUDGE, STATE OF FLORIDA,

    Defendants.

## ORDER OF RECUSAL

Upon the Court's own motion, based upon the Court's review of the file in this case, the undersigned Judge determines the interests of justice would be served by recusal from this case. A Defendant in this case is a United States District Judge assigned to the division of the Court in which the undersigned is a United States Magistrate Judge. As such, an appearance of impartiality may arise if I serve as the assigned Magistrate Judge in this case.

**DONE** and **ORDERED** in Orlando, Florida on February 15, 2011.

                                              *Karla R. Spaulding*
                                              KARLA R. SPAULDING
                                              UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARK J. CUYLER,

        Plaintiff,

-vs-
                                        Case No. 6:11-cv-1-Orl-28KRS

WACHOVIA BANK, N.A.; OF WELLS
FARGO BANK, N.A. and STATE FARM
INSURANCE COMPANY,

        Defendants.
_____

## ORDER OF RECUSAL

I hereby **RECUSE** myself from further proceedings in this case due to a recently acquired financial interest in one of the parties. The Clerk of Court is directed to reassign this case to another magistrate judge.

**DONE and ORDERED** in Orlando, Florida on March 23, 2011.

                                              *Karla R. Spaulding*
                                           KARLA R. SPAULDING
                                       UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK J. CUYLER,

    Plaintiff,

-vs-                                        Case No. 6:11-cv-237-Orl-28KRS

JOHN A. MORAN, ANN SUTTON, KEVIN L.
SCHWARTZ, LAW FIRM OF EDMOND L.
SUGAR, P.A. and STATE OF FLORIDA,

    Defendants.
_____

ORDER OF TRANSFER

It is hereby **ORDERED** that this case be transferred to the Honorable Gregory J. Kelly, with his permission, as the presiding Magistrate Judge.

**DONE** and **ORDERED** in Orlando, Florida on March 29, 2011.

                                                            *Karla R. Spaulding*
                                                 KARLA R. SPAULDING
                                       UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARK CUYLER and TERESA A.
MITCHELL CUYLER,

          Plaintiffs,

-vs-                                               Case No. 6:11-cv-429-Orl-31KRS

JUDGE MARK E. FULLER, JUDGE
MARY S. SCRIVEN, JUDGE ANNE C.
CONWAY and UNITED STATES OF THE
STATE OF FLORIDA (SIC),

          Defendants.

## ORDER

It is hereby **ORDERED** that this case be transferred to the Honorable Gregory J. Kelly, with his permission, as the presiding Magistrate Judge.

**DONE and ORDERED** in Orlando, Florida on March 31, 2011.

                                                    *Karla R. Spaulding*
                                                    KARLA R. SPAULDING
                                       UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARK J. CUYLER,

    Plaintiff,

-vs-                            Case No. 6:11-cv-237-Orl-35DAB

JOHN A. MORAN, ANN SUTTON, KEVIN L.
SCHWARTZ, LAW FIRM OF EDMOND L.
SUGAR, P.A. and STATE OF FLORIDA,

    Defendants.

## ORDER TO TRANSFER CASE

This cause comes before the Court on its review of the file. The Complaint indicates that the case involves common question of law or fact with Case No. 6:11-cv-1-Orl-28KRS. It is **ORDERED** that the Magistrate Judge Assignment in these cases is hereby **TRANSFERRED** to the Honorable Karla R. Spaulding pursuant to Local Rule 1.04(b), with her permission, to be considered with Case No. 6:11-cv-237-Orl-28KRS.

**DONE and ORDERED** in Orlando, Florida on February 23, 2011.

                                      *David A. Baker*
                                      DAVID A. BAKER
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Case 6:11-cv-00001-JA-DAB   Document 32   Filed 03/28/11   Page 1 of 1 PageID 414

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARK J. CUYLER,

        Plaintiff,

-vs-                                                                    Case No. 6:11-cv-1-Orl-28DAB

WACHOVIA BANK, N.A.; OF WELLS
FARGO BANK, N.A. and STATE FARM
INSURANCE COMPANY,

        Defendants.
_____

## ORDER

This cause comes before the Court on its review of the file. The Complaint indicates that it involves common questions of law or fact with Case No. 6:10-cv-1646-Orl-35GJK. It is **ORDERED** that the Magistrate Judge Assignment in this case is hereby **TRANSFERRED** to the Honorable Greg J. Kelly pursuant to Local Rule 1.04(b), with his permission, to be considered with Case No. 6:10-cv-1646-Orl-35GJK.

**DONE** and **ORDERED** in Orlando, Florida on March 28, 2011.

                                                                  *David A. Baker*
                                                                   DAVID A. BAKER
                                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MARK CUYLER and TERESA A.
MITCHELL,

        Plaintiffs,

-vs-                                          Case No. 6:11-cv-1006-Orl-35DAB

AURORA LOAN SERVICES, LLC;
JUDGE THOMAS R. KIRKLAND and
LAW FIRM MARSHALL C. WATSON,
PA,

        Defendants.
_____

## ORDER

It is hereby ORDERED that the magistrate assignment in this case is transferred to the Hon. Gregory J. Kelly, with his consent, to be considered along with the related case of *Mark Cuyler and Teresa A. Mitchell v. Aurora Loan Services, LLC,*, Case No. 6:10-cv-1646-35GJK.

DONE and ORDERED in Chambers, Orlando, Florida on July 13, 2011.

                                                        *David A. Baker*
                                                     DAVID A. BAKER
                                       UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARK CUYLER and TERESA A. MITCHELL,

   Plaintiffs,

-vs-                                    Case No. 6:11-cv-1006-Orl-22DAB

AURORA LOAN SERVICES, LLC;
JUDGE THOMAS R. KIRKLAND and
LAW FIRM MARSHALL C. WATSON, PA,

   Defendants.

---

## ORDER OF TRANSFER

It is hereby ORDERED that this case is transferred to the Honorable Mary S. Scriven, with her consent, to be considered with *Mark Cuyler and Teresa A. Mitchell v. Aurora Loan Services, LLC*, Case No. 6:10-cv-1646-Orl-35GJK.

DONE and ORDERED in Chambers, in Orlando, Florida on June 28, 2011.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record

Unrepresented Party