**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

MARK J. CUYLER,

        Plaintiff,

-vs-                                          Case No.  6:11-mc-90-Orl-22DAB

JUDGE STEVEN D. MERRYDAY,

        Defendant.
_____

## SHOW-CAUSE ORDER
### (MANDATORY COURT APPEARANCE)

Upon the Court's review of this case, it is ORDERED as follows:

1. After conducting an independent de novo review of Magistrate Judge Baker's January 6, 2012 Order and Report and Recommendation (Doc. No. 4) and considering Mark J. Cuyler's Objection (Doc. No. 6) to the Report and Recommendation, the Report and Recommendation is APPROVED, ADOPTED AND MADE A PART OF THIS ORDER (except as to the recommendation regarding imposition of a $500.00 fine, which is deferred and which will be addressed at the hearing referenced in paragraph 2 below).  Mr. Cuyler's objections are without merit and are therefore OVERRULED.

2. Mark J. Cuyler shall personally appear before the undersigned judge on Wednesday, February 22, 2012 at 9:00 a.m., at the George C. Young U.S. Courthouse and Federal Building, 401 West Central Avenue, Sixth Floor, Courtroom 6A, Orlando, Florida

32801, and shall at that time shall show cause why sanctions, including but not limited to the institution of criminal contempt proceedings and possible resulting incarceration, should not be imposed or pursued for Mr. Cuyler's willful failure to comply with the pre-screening requirements of the Court's injunction and modified injunction.  Failure to appear as required will result in the issuance of a warrant for Mr. Cuyler's arrest.

      3. The United States Marshals Service is directed to personally serve Mr. Cuyler with a copy of this Order.  Such service shall be accomplished by February 3, 2012.  Immediately after effecting such service, the Marshals shall file a return of such service.  If they are unable to serve Mr. Cuyler by the date specified, the Marshals shall immediately notify the Court of that fact.

      **DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 25, 2012.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Mark J. Cuyler (by personal service via USMS)
Magistrate Judge Baker
Eric Thompson, Supervisory DUSM