**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**
**MARK J. CUYLER,**
              **Plaintiff**

                                                          **Case No. 6:11-MC-90-ORL-22DAB**

**-vs-**

**JUDGE STEVEN D. MERRYDAY,**
              **Defendant**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S SECOND MOTION TO DISQUALIFY (Doc. No. 8)**
>
> **FILED:**    **January 24, 2012**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The paper filed by Plaintiff is styled as both an Objection to the Court's Order denying his previous motion to disqualify and as a second motion to disqualify. To the extent the motion seeks reconsideration of the undersigned's Order of January 20, 2012, it is denied. To the extent it purports to be an objection to or appeal of that Order, the Clerk is directed to note it as an objection on the docket, and refer it to the District Judge for appropriate disposition.

**DONE** and **ORDERED** in Orlando, Florida on January 26, 2012.

                                                                   *David A. Baker*
                                                        DAVID A. BAKER
                               UNITED STATES MAGISTRATE JUDGE

Copies to:
Presiding District Judge
Counsel of Record
Unrepresented Parties