## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| MARK J. CUYLER | ) |
| **Plaintiff** ) | **Civil Action No:** |
| ) | **6:11-MC-90-ORL-22DAB** |
| **V.** ) | |
| ) | **Jury Trial Demanded** |
| **JUDGE STEVEN D. MERRYDAY,** ) | |
| ) | |
| **Defendants** ) | |
| _____/ | |

## PLAINTIFF'S OBJECTION TO THE COURT'S ORDER DENYING MOTION TO DISQUALIFY, RENDERED ON JANUARY 29, 2012

Comes now, plaintiff in the above action, files this Objection to Judge,

**JUDGE David A. Baker Order denying Motion to Disqualify.**

In support of plaintiffs Objection, plaintiff states the following reasons below:

That this court (**JUDGE; David A. Baker** ) Order is **"No Good" Has no merit**

or **legal affect and it is Void**. Because Judge David A. baker has already been

disqualified by law. And the court didn't cite any law to its decision.

Under Federal law which is applicable to all States, the U.S. Supreme Court
stated that if a court is *"without authority, its judgments and orders are
regarded as nullities. They are **not voidable**, but **simply void**; and form no
bar to a recovery sought, even prior to a reversal in opposition to them. They
constitute no justification; and all persons concerned in executing such
judgments or sentences, are considered, in law **as trespassers**."*
Elliot V. Piersol, *1 Pet. 328, 340, 26 U.S. 328, (1928)*

The U.S. Supreme Court, in Scheuer V. Rhodes, 416 U.S. 232, 94,
S.Ct. 1683, 1687 (1974), stated that *"When a state officer acts under a state
law in a manner violative of the Federal Constitution, he "comes into*

*conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power impart to him any immunity from responsibility to the supreme authority of the United States."*

Therefore, Judge David A. Baker is clearly without jurisdiction to make any decision in the above action, as a matter of law, the order is **"NO GOOD."**

Respectfully submitted this ___1 st___ day of February, 2012.

**Respectfully**

Mark J. Cuyler

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARK J. CUYLER )
       **Plaintiff** )    Civil Action No:
                   )       6:11-MC-90-ORL-22DAB
       **V.** )
                   )    **Jury Trial Demanded**
JUDGE STEVEN D. MERRYDAY, )
                   )
       **Defendants** )
_____/

## CERTIFICATE OF SERVICE

    I, do hereby certify that a copy of this **PLAINTIFF'S OBJECTION TO THE COURT'S ORDER DENYING  MOTION TO DISQUALIFY, RENDERED ON JANUARY 29, 2012** by depositing same in the United States Mail envelopes with sufficient postage affixed thereon to insure delivery addressed as follows:

Respectfully submitted this ___1ˢᵗ___ day of _February_, 2012.

**Mr. Eric Holder, United States Attorney General**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, N.W.**
**Washington, D.C. 20530**

      United States Attorney
           400 N. Tampa Street
        Suite 3200
          **Tampa FL 33602**

**JUDGE Steven D. Merryday.**

**U. S. Court, 401 West Central Blvd**

 **Suite 1200**

**Orlando FL 32801**

1421 Caring CT Maitland, FL 32751

                   Respectfully
                   Mark J. Cuyler