# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **MARK J. CUYLER** | | |
| **Plaintiff** | ) | same case numbers |
| | ) | |
| | ) | **Civil Action No:** |
| | ) | **6:11-MC-90-ORL-22DAB** |
| V. | ) | |
| | ) | |
| | ) | **Jury Trial Demanded** |
| Presnell, et al | | |
| **JUDGE STEVEN D. MERRYDAY,** | ) | |
| | ) | |
| **Defendants** | ) | |

## AFFIDAVIT OF MARK J. CUYLER

Personally appeared before me, the undersigned officer duly authorized by law to administer oaths, MARK J. CUYLER, who, after being first duly sworn, deposed and said the following:

1.

I am over twenty-one (21) years of age, suffer from no legal disability, and make this Affidavit based upon my personal knowledge in support of Plaintiff's Motion to Disqualify **Judge Ann C. Conway** in the above-styled case.

2.

I have been representing myself in the above reference case and other cases filed in this court for the past two (2) years, and have been denied equal rights to the Federal court and have been threaten by **Judge Ann C. Conway** and other judges of the Middle District Court of Florida, Orlando Division.

3.

That Judge **Judge Ann C. Conway** discriminated and conspired with Judges **Steven D. Merryday Mark E. Fuller, Mary S. Scriven, , John Antoon II, Gregory A. Presnell, Gregory J. Kelly, David A. Baker and Karla R. Spaulding** to violated plaintiff (**Former United States soldier**) Fourteenth Amendment rights (**42 U.S.C. § 1983**).

4.

That Judge **Judge Anne C. Conway** discriminated and conspired with judges; **Steven D. Merryday, Mark E. Fuller, Mary S. Scriven, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, David A. baker, and Karla R. Spaulding** to violated plaintiff (**Former United States soldiers**) Seventh Amendment rights, guaranteed right to trial by jury in civil case in Federal Court.

5.

That Judge **Judge Anne C. Conway** Discriminated and conspired with judges; **Steven D. Merryday, Mark E. Fuller, Mary S. Scriven,John Antoon II, Gregory A. Presnell, Gregory J. Kelly, David A. Baker, and Karla R. Spaulding** to willfully and intentionally attempt to Dismiss Plaintiff valid complaints filed in federal court without trial by jury, which is a violation of constitutional law under the Seventh

Amendment.

6.

That Judge **Judge Anne C. Conway** Discriminated and conspired with judges; **Steven D. Merryday, Mark E. Fuller, Mary S. Scriven, , John Antoon II, Gregory A. Presnell, Gregory J. Kelly, David A. Baker, and Karla R. Spaulding,** to intentionally, willfully, and malicious deprived plaintiff of statutorily protected rights under the laws of this state and the United States Constitution, **pursuant to 42 U.S.C. § 1983, § 1985 and 18 U.S.C. § 242 and under the color of state law and constitutional law.**

7.

That Judge **Judge Anne C. Conway** discriminated and conspired with Judge; **Steven D. Merryday, Mark E. Fuller, Mary S. Scriven, David A. baker, John Antoon II, Gregory A. Presnell, Gregory J. Kelly and Karla R. Spaulding** has violated Procedural Due Process, which violates plaintiff's Civil Rights by not following the codes of Judicial Conduct and by ignoring the rules and laws that the Constitution has laid out as a road map to conducting court proceedings, so that any person will receive a fair and impartial system of justice.

8.

That Judge **Judge Ann C. Conway,** Discriminated and conspired with **Judges Steven D. Merryday, Mark E. Fuller, Mary S. Scriven, David A. Baker, John Antoon II, Gregory A. Presnell, Gregory J. Kelly and Karla R. Spaulding** and violated Due Process by intervening and taking over cases..

**9.**

That **Judge Anne C. Conway** Discriminated and conspired with Judges **Steven D. Merryday, Mark E. Fuller, Mary S. Scriven, David A. Baker, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding** and violated Due process and discriminated against plaintiff by stating in their orders that the "clerk is directed to close the case and terminate any motion that's pending," prior to the appeal procedures, which is intentional tort and discrimination.

**10.**

That **Judge Anne C. Conway** Discriminated and conspired with Judges **Steven D. Merryday, Mark E. Fuller, Mary S. Scriven, David A. Baker, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding** and violated plaintiffs Due process of law rights and discriminated against plaintiff by failing to disclose their Financial and Personal Interest as required by law.

**11.**

That **Judge Ann C. Conway** Discriminated and conspired with Judges Steven D. Merryday, Mark E. Fuller, Mary S. Scriven, David A. Baker, Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding, and violated plaintiff Due Process of law Rights and discriminated against plaintiff by answering their own Motion to Disqualify.

**12.**

That Judge **Judge Anne C. Conway,** Discriminated and conspired with Judges

Steven D. Merryday, Mark E. Fuller, Mary S. Scriven, David A. baker, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff Due Process of law rights and discriminated against plaintiff by ignoring the U.S. Supreme Court decisions, code of Judicial Conduct, and Constitutional law.

**13.**

That **Judge Anne C. Conway** Discriminated and conspired with Judges Steven D. Merryday, Mark E. Fuller, Mary S. Scriven, David A. Baker, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding, committed a criminal act and discriminated against plaintiff by conspiring, aiding and abetting, other judges, which is Treason under the constitution.

**14.**

That **Judge Anne C. Conway** Discriminated and conspired with judges Steven D. Merryday, Mark E. Fuller, Mary S. Scriven, David A. Baker, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff Due process of law rights and discriminated against plaintiff by stating that it was ok for defendants not to answer the complaint.

**15.**

That **Judge Anne C. Conway,** Discriminated and conspired with Judges Steven D. Merryday, Mark E. Fuller, Mary S. Scriven, David A. Baker, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff Due process of law rights and discriminated by threatening plaintiff in their orders with

sanctions.

### 16.

That **Judge Anne C. Conway** Discriminated and conspired with Judges Steven D. Merryday, Mark E. Fuller, Mary S. Scriven, David A. Baker, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff Due process of law rights and discriminated against plaintiff by becoming an advocate for defendants in previous lawsuits filed in federal court. The judges did not allow defendants in those case to respond to motions or objections as required by rules and laws. The docket will prove that fact. Which deprive plaintiff of equal rights to the court.

### 17.

That **Judge Anne C. Conway**, conspired with Judge Steven D. Merryday and Mary S. Scriven and violated plaintiff Due process of law rights and discriminated against plaintiff by Mary S. Scriven admitting that plaintiff had a valid claim for fraud **(in the case Cuylers V. Aurora Loan Services Inc.)** that arisen out of a state action which was dismissed in the state court, but Mary S. Scriven dismiss the case after plaintiff uncovered that Mary S. Scriven had a financial interest (Stock) related to defendant; Aurora Loan Services, Inc.

### 18.

That **Judge Anne C. Conway** Discriminated and conspired with Steven D. Merryday, Mark E. Fuller, Mary S. Scriven, David A. Baker, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding and violated plaintiff due process of law rights and discriminated against plaintiff by directing the U.S. Marshal to escort plaintiff to the clerks office from the time he enters the courthouse until the time he exit

the courthouse. Plaintiff watch others come an go as they please, and not escorted by a U.S. Marshal.

### 19.

That **Judge Anne C. Conway** Discriminated and conspired with Steven D. Merryday, Mark E. Fuller, Mary S. Scriven, David A. Baker, John Antoon II, Gregory A. Presnell, Gregory J. Kelly, and Karla R. Spaulding by obstructing justice and violating plaintiff Due Process of Law Rights by ordering (upon the request of the District Judges of the Middle District of Florida, Orlando Division) that the U.S. Officers of the U.S. Justice Department visit plaintiff at plaintiff home.

### 20.

That **Judge Anne C. Conway** violated plaintiff's Due Process of law rights and obstructing justice by conspiring and becoming an advocate for defendant because defendant never file a motion to dismiss in the Federal Court, in the above reference action, nor did defendant inform plaintiff of removal of this case from State Court , as required by law, but the court; **Judge Anne C. Conway** rendered an Order adopting the **Report and Recommendation**. Which is a criminal act under the law.

**Pursuant to 28 U.S.C. sec. 1746, I declare under penalty of perjury that all of the forgoing is true and correct.**

**FURTHER AFFIANT SAYETH NAUGHT.**

This 1st day of ~~January,~~ Feb 2012.

_____
MARK J. CUYLER, Affiant

Sworn to and subscribed before me,

this __1__ day of __FEB._____, 2012.

_Crystalann Stone_____
Notary Public

My Commission Expires: MAR 30, 2015

(AFFIX NOTARIAL SEAL)



CRYSTALANN STONE
Notary Public - State of Florida
My Comm. Expires Mar 30, 2015
Commission # EE 79444