**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

MARK J. CUYLER,

        Plaintiff,

-vs-                                                Case No.  6:11-mc-90-Orl-22DAB

JUDGE STEVEN D. MERRYDAY,

        Defendant.

_____

## ORDER

Upon the Court's review of this case, it is ORDERED that Mark J. Cuyler's combined Objection to the Court's "Show-Cause Order" (Mandatory Court Appearance) Rendered on January 25, 2012 and Plaintiff's Motion to Disqualify and Affidavit in Support of Disqualification (Doc. No. 14), filed on February 1, 2012, is OVERRULED AND DENIED.

To the extent Plaintiff seeks recusal of the undersigned judge, the motion is baseless. Plaintiff's disqualification arguments rest squarely on his disagreement with the undersigned judge's rulings against him and other acts taken in her capacity as a judicial officer (and Chief Judge) in response to his filings. Plaintiff's arguments and affidavit are legally insufficient to warrant recusal.

Moreover, in this unusual circumstance - where Plaintiff abuses the judicial process by suing every judge who rules against him in one of his cases (including an out-of-district judge appointed by the Eleventh Circuit), then moves to disqualify such judge - the undersigned judge,

after consulting the applicable ethical rules regarding harassing claims against judicial officers, *see* Committee on Codes of Conduct Advisory Opinion No. 103, believes she has an obligation to preside over this matter. If not this judge, then whom?

Finally, Plaintiff's objection to the January 25th Show-Cause Order - to the effect that the undersigned judge had no authority to issue that Order - is equally baseless.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 4, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Mark J. Cuyler
Magistrate Judge Baker
Eric Thompson, Supervisory DUSM