FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARK J. CUYLER**
     **Plaintiff**          same case number

           **Civil Action No:**
           **6:11-MC-90-ORL-22DAB**

**V.**

           **Jury Trial Demanded**

Presnell, et al -----------------------------------------------------------------
**JUDGE STEVEN D. MERRYDAY,**

     **Defendants**
_____/

## PLAINTIFF'S MOTION FOR A CONTINUANCE

Comes now, Plaintiff, in the above caption and files this motion for continuance Pursuant to **Federal rule of Civil Procedure, Rule 7, which governs the form of motions in Federal Court and Pursuant to FRCP, Rule 45 (e).** Plaintiff states that a continuance is needed so that plaintiff is afforded a fair opportunity to serve Supoena to the witnesses that Plaintiff want to appear at the hearing,

In support of Plaintiff motion for a continuance, Plaintiff relies on **Federal Rule of Civil Procedure, rule 45(e).** Which states the following: "All Motions for Continuance, or requests to reset the Court date, Must be in writing and received by the Court **no later than 10 to 15 working days prior to the court hearing date**. Weekends and Holidays are excluded. The plaintiff and the defendant are each entitled to request a continuance "only for good cause." "The Court may hold in Contempt a person who, having been Served, fails without adequate excuse to obey the Subpoena."

Therefore, Plaintiff moves the court to **grant a continuance** to allow Plaintiff to serve the following "Non-Parties"; **FBI agent, Eric Holder; U.S. Attorney General, NAACP Agent, and Etc. (See exhibit-A)** and fully prepare for the hearing, so that Due process of law rights are administered equally and fairly.

Respectfully submitted this 7th day of February, 2012.

Respectfully

Mark J. Cuyler

**As a Soldier, I put my life on the line for this country and to be discriminated against and have my civil rights violated by the above name Defendants is unconstitutional.**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARK J. CUYLER**
        **Plaintiff**        same case numbers

                                        **Civil Action No:**
                                            **6:11-MC-90-ORL-22DAB**

                **V.**

                                          **Jury Trial Demanded**

Presnell, et al ----------------------------------------------------------------------------
**JUDGE STEVEN D. MERRYDAY,**
        **Defendants**
_____/

**CERTIFICATE OF SERVICE**

    I, do hereby certify that a copy of this **PLAINTIFF'S MOTION FOR A CONTINUANCE**   by depositing same in the United States Mail envelopes with sufficient postage affixed thereon to insure delivery addressed as follows: Respectfully submitted this ___7th___ day of _February_, 2012.

| | |
|---|---|
| Mr. Eric Holder, United States Attorney General | United States Attorney |
| U.S. Department of Justice |     400 N. Tampa Street |
| 950 Pennsylvania Avenue, N.W. |     Suite 3200 |
| Washington, D.C. 20530 |     Tampa FL 33602 |

JUDGE Steven D. Merryday.

U. S. Court, 401 West Central Blvd

 Suite 1200

Orlando FL 32801

                                                   Respectfully

1421 Caring CT Maitland, FL 32751                      Mark J. Cuyler