AO 88 (Rev. 07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

Mark J. Cuyler  
*Plaintiff*

v.

Judge Steven D. Merryday Et al  
*Defendant*

Civil Action No. 6:11-mc-90-Orl-DAB

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Gregory J. Tarbert

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S Courthouse, Federal Building 401 West Central Ave | Courtroom No.: 6A |
| --- | --- |
| | Date and Time: Feb. 22, 2012 9:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Any and all documents pertaining to Plaintiff.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: FEB - 1 2012

CLERK OF COURT

_____  OR  Pro-Se
Signature of Clerk or Deputy Clerk        _____
Lori Kirkland                                        Attorney's signature
                                                     Cuyler

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Mark J. Cuyler 1421 Caving Court, Maitland FL 32751, who issues or requests this subpoena, are:
cuylawnsvc@yahoo.com  
# 407-209-8063

AO 88 (Rev. 07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Mark J. Cuyler
*Plaintiff*
v.
Judges Steven D. Merryday Et al.
*Defendant*

Civil Action No. 6:11-mc-90-orl-DAB

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Congresswoman Corrine Brown or a member of her Staff

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. Courthouse Federal Building 401 West Central Ave Orlando FL 32801 | Courtroom No.: 6A |
| | Date and Time: Feb, 22, 2012 9:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: FEB -1 2012

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

OR   Pro-Se

Cuyler
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Mark J. Cuyler
1421 Caring Court, Maitland FL 32751 who issues or requests this subpoena, are:
Cuylawnsvc@yahoo.com
407-209-8063