# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE:**

**MARK J. CUYLER,**

        **Plaintiff,**

**-vs-**             Case No. 6:11-mc-90-Orl-22DAB

**JUDGE STEVEN D. MERRYDAY,**

        **Defendant.**

_____

## ORDER

Upon the Court's review of this case, it is ORDERED that Mark J. Cuyler's Motion for a Continuance (Doc. No. 18), filed on February 8, 2012, is DENIED. Mr. Cuyler has failed to demonstrate good cause for a continuance. He must appear at the hearing on February 22, 2012, as ordered.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 13, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Mark J. Cuyler
Magistrate Judge Baker
Eric Thompson, Supervisory DUSM