

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARK J. CUYLER**
                    **Plaintiff**                    **same case numbers**
Cuyler, et al

                                        **Civil Action No:**
                                            **6:11-MC-90-ORL-22DAB**

                    **V.**

                                        **Jury Trial Demanded**
Presnell, et al ------------------------------------------------------------------------
**JUDGE STEVEN D. MERRYDAY,**

                    **Defendants**
_____/

## PLAINTIFF'S OBJECTION TO THE COURT ORDER RENDERED ON FEBRUARY 6, 2012, OVERRULING AND DENYING MOTION TO DISQUALIFY.

Comes now, plaintiff in the above caption and files this Objection to

the Court's Order rendered by **Judge Anne C. Conway on February 6,**

**2012, "Overruling and Denying Motion to Disqualify"**

In support of plaintiff's **Objection**, plaintiff states the following:

# INTRODUCTION

First, lets clarify why lawsuits were brought against the judges of the
Middle District of Florida, Orlando Division. It was not because of the
courts rulings. It was because the judges of this Middle District conspired
with Judge **Mary S. Scriven** and violated the law and by doing so, violated
plaintiffs Statutorily Protected Civil Rights under the Fourteenth
Amendment of the Constitution.

## THE FOLLOWING ARE THE REASONS PLAINTIFF FILE SUIT

## AGAINST ANNE C. CONWAY AND OTHER JUDGES:

**A)** Plaintiff file suit because the court (Judge Anne C. Conway) and Defendants has ignored their own co-workers (Orders) decisions to recuse themselves because of the Professional working Relationship, **B)** Because the court has denied hearings, **C)** Because the court conspire with fellow judges and other Judicial officers ( U.S. Attorneys and Clerks of court, etc.), **D)** Because the court has denied guaranteed rights to trial by jury, **E)** Because the court intentionally dismiss valid cases and grant summary judgment without cause or facts, **F)** Because the court allow perjury and committed perjury, **G)** Because the court suborning perjury; when he or she does nothing about it, and when he or she knows that the statements or orders are false/fraud (Judge Mary S. Scriven orders and other judges orders), **H)** Because the court cite outdated law in there orders trying to justify there rulings, **I)** Because the court ignore the facts and issues by concealing evidence through block answering motions; not responding to motions in a timely manner and answering them all together , **J)** Because the court deny plaintiff Constitutional Rights, **K)** Because the court violate and ignore Federal Rules of Civil Procedure, **L)** Because the court Automatically rule against Pro Se litigant and intimidate them by ordering sanctions against Pro Se, **M)** Because the court refuse to Disqualify themselves, **N)** Because the court violated the Oath of Office, see 28 U.S.C. § 453. and Code of Judicial Conduct. **O)** because judge Conway and other judges violated the civil rights of United States Veterans, during the time of War, **P)** because

judge Conway and other judges are still under **F.B.I.** investigation, **Q)** because judge Conway and other judges didn't disclose their financial interest as required by law, **R)** because judge Conway and other judges committed treason, **S)** because judge Conway and other judges orders are Vindictive, **T)** because judge Conway and other judges threaten plaintiff in their orders, and **U)** because judge Conway and other judges committed fraud upon the court.

## LAW ON PRE-FILING INJUNCTION

"A pre-filing injunction is an extreme remedy, and should be used only in exigent circumstances." **De Long V. Hennessey, 912 F.2d 1144 (9th Cir. 1990), U.S. v. Powerstein, 2006 U.S. App. Lexis 1428, 185 Fed. Appx. 811 (11th Cir. 2006)** The United States Supreme Court has stated: "A litigant is entitled to notice and an opportunity to be heard before the court imposed the injunctive order". Also, "A court must , of course, exercise caution in invoking its power, and it must comply with the mandates of Due Process." **Chambers V. Nasco, Inc., U.S. 32, 50(1991). "**A pre-filing injunction cannot be issued merely upon showing of litigiousness." **Tripati V. Beaman, 878 F.2d 351 (10 Cir. 1989)** (litigiousness alone will not support an injunction restricting filing activities.") "This pre-filing injunction fails to identify a single lawsuit that was adjudged to be frivolous."

# OBJECTION TO ORDER

**Judge Anne C. Conway** has engaged in, and committed a criminal acts by rendering an order in this case, where she clearly do not have any Jurisdiction or Legal Authority, as a matter of law.

### 1.

Plaintiffs states that **Judge Anne C. Conway,** Order is **"No Good"** and is a criminal act under constitutional law because **Judge Anne C. Conway** was automatically disqualify by law and she recused herself in a previous lawsuit concerning plaintiff. Which makes her actions in this case a **violation of Due process of law and obstruction justice.**

### 2.

Plaintiffs states that judge Anne C. Conway is still under **F.B.I. investigation** for   intentionally and maliciously violating plaintiffs Constitutional Rights. The Supreme Court stated in **Pierson V. Ray, 386 U.S. 547 (1967)** "When a Judge acts intentionally to violate a person's Constitutional Rights, **he/she exercises no discretion or judgment and acts no longer as a judge making a judicial decision,** but in the individual capacity, **outside the scope of the authority of the judicial capacity**. Also, in **Beard V. Udall, 648 F.2d 1264 (9th Cir. 1981),** "this Court recognized that **conspiracy is not a judicial decision and that judges and prosecutors**

**are not protected by immunity when they conspire to deprive a plaintiff**

**of constitutional rights."**

**3.**

That this court; Judge Anne C. Conway Orders are "No Good"

because Judge Anne C. Conway have a lawsuit pending against her.

Therefore, based on the above paragraphs and memorandum of laws

cited below: **Judge Anne C. Conway,** has engaged in Criminal conduct that

has deprived plaintiff of his Constitutional Civil Rights.

## <u>SUPPORTING AUTHORITIES</u>

**Butz v. Economou, 98 S. Ct. 2894 (1978); United States v. Lee, 106 U.S.**

**220, 1 S. Ct. 261 (1882)**

**"No man or woman in this country is so high that he/she is above the**

**law. No officers of the law may set that law at defiance or with impunity.**

**All the officers of the government, from the highest to the lowest, are**

**creatures of the law and are bound to obey it." "It is the only supreme**

**power in our system of government, and every man and woman who, by**

**accepting office participates in its functions, is only the more strongly**

**bound to submit to that supremacy, and to observe the limitations which**

**it imposes on the exercise of the authority which it gives."**

*Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678, 694; Cannon*

*v. Commission on Judicial Performance, (1983) 33 Cal. 3d 359, 371, 374*

**"Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process."**

*Under 42 USC Sec. 1983*

**"Nowhere was the Judiciary given immunity, particularly nowhere in Article lll; under our Constitution, if judges were to have immunity, it could only possibly be granted by amendment (and even less possibly by legislative act), as Art. 1, sections 9&10, respectively, in fact expressly prohibit such law."**

*Chandler v. Judicial Council of the 10th, 398 U.S. 74, 90 S. Ct. 1648, 26 l. Ed 2d 100 (1970)*

**"U.S. Supreme Court Justice Douglas, in his dissenting opinion at page 140 said, "if (federal judges) break the law, they can be prosecuted." Justice Black, in his dissenting opinion at page 141 said, "judges, like other people, can be tried, convicted and punished for crimes... The judicial power shall extend to all cases, in law and equity, arising under this Constitution."**

*Forrester v. White, 484 U.S. at 227-229, 108 S. Ct. at 544-545 (1987); Westfall v. Erwin, 108 S. Ct. 580 (1987); United States v. Lanier (March 1997)*

**"Constitutionally and in fact of law and judicial rulings, State-federal**

"magistrates-judges" or any government actors, state or federal, may now be held liable, if they violate any citizen's Constitutional rights, privileges, or immunities, or guarantees; including statutory civil rights."

*Pulliam v. Allen, 466 U.S. 522 (1984); 104 S. Ct. 1781, 1980, 1981, and 1985*

"In 1996, Congress passed a law, which stated that judicial immunity doesn't exist; citizens can sue judges for prospective injunctive relief."

*Warnock v. Pecos County, Texas., 88 f3d 341 (5th Cir. 1996)*

"Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law."

*Owen v. City of independence, 455 U.S. 622 (1980)*

"The innocent individual who is harmed by an abuse of governmental authority is assured that he will be compensated for his injury."

*Sherar v. Cullen, 481 U.S. F. 2d 946 (1973)*

"There can be no sanction or penalty imposed upon one because of his exercise of Constitutional rights."

## MEMORANDUM OF LAW

Whenever, any officer of the court commits fraud during a proceeding in the court, he/she is engaged in "fraud upon the court". In **Bulloch V. United States**, 763 F. 2d 1115, 1121 (10th Cir. 1985), the court stated ... It is where the court or a member is

corrupted or influenced or influence is attempted or where the judge has not performed

his/her judicial functions. **"Fraud upon the court" makes void the orders and**

**judgments of that court.**

  **Under title 18 U.S.C. sec. 1001, makes it a crime to: 1) knowingly and willfully; 2) make any materially false, fictitious or fraudulent statement or representation; 3) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; 4) in any matter within the jurisdiction of the executive, legislative or judicial branch of the United States.**

Judges have no judicial immunity for criminal acts, aiding, assisting, or conniving with others who perform a criminal act, or for their administrative/ministerial duties. When a judge has a duty to act, he does not have discretion - he is then not performing a judicial act, he/she is performing a ministerial act. **Judicial immunity does not exist for judges who engage in criminal activity, for judges who connive with, aid and abet the criminal activity of another judge, or to a judge for damages sustained by a person who has been harmed by the judge's connivance with, aiding and abetting, another judge's criminal activity.**

       The U.S. Supreme Court has stated **"No state legislator or executive or judicial officer** can war against the Constitution without violating his undertaking to support it". **Cooper V. Aaron, 358 U.S. 1, 78 S. ct. 1401 (1958). Any judges who does not comply with his oath to the Constitution of the United States** wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason. Having taken at least two, if not three, oaths of office to support the Constitution of the United States, and the Constitution of the State of in which their judge ship, any judge who has acted in violation of the Constitution is engaged in an act or acts of **treason.** "If a judge does not fully comply with the Constitution, then his/her **orders are void,"** In re Sawyer, 124 U.S. 200 (1988).

       Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of **treason. U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L.Ed.2d 392, 406 (1980).**

       **"Due Process is a requirement of the U.S. Constitution.** A judge

who violates the Constitution deprives him or her from acting as a judge

under the law. He or She is acting as a private person, and not in the capacity

of being a judge." Id. *Cooper V. Aaron* See memorandum of law above.

**This Court (Judge Anne C Conway) must show cause by law why she shouldn't be prosecuted for violating her Oath of office.**

Therefore, based on all the paragraphs and laws stated above, the order by the court **(Judge Anne C. Conway) is a Threat, and which is forbidden by law and the court order is "No Good" and Judge Anne C. Conway must be removed from presiding over the above reference cause.**

Respectfully submitted this ___15___ day of __February__, 2012.

**Respectfully,**

Mark J. Cuyler

**As a Soldier, I put my life on the line for this country and to be discriminated against and have my civil rights violated by the Federal Judges of this Court is unconstitutional.**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MARK J. CUYLER**
        **Plaintiff**

Cuyler, et al

      **V.**

Presnell, et al -----------------------------------------------------------------------
**JUDGE STEVEN D. MERRYDAY,**
        **Defendants**
_____/

      **same case numbers**

      **Civil Action No:**
        **6:11-MC-90-ORL-22DAB**

      **Jury Trial Demanded**

## CERTIFICATE OF SERVICE

    I, do hereby certify that a copy of this **PLAINTIFF'S OBJECTION TO THE COURT ORDER RENDERED ON FEBRUARY 6, 2012, OVERRULING AND DENYING MOTION TO DISQUALIFY** by depositing same in the United States Mail envelopes with sufficient postage affixed thereon to insure delivery addressed as follows:
Respectfully submitted this 15 ᵗʰ day of February, 2012.

**Mr. Eric Holder, United States Attorney General**
**U.S. Department of Justice**
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

    **United States Attorney**
        **400 N. Tampa Street**
      **Suite 3200**
        **Tampa FL 33602**

**JUDGE Steven D. Merryday.**

U. S. Court, 401 West Central Blvd

 Suite 1200

Orlando FL 32801

                Respectfully

1421 Caring CT Maitland, FL 32751
                Mark J. Cuyler