# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FILED
2012 FEB 15 PM 1: 12

**MARK J. CUYLER**
          **Plaintiff**              same case numbers

Cuyler, et al ----------------------------------------------------------------

                                        **Civil Action No:**
                                        6:11-MC-90-ORL-22DAB

           **V.**

                                        **Jury Trial Demanded**

Presnell, et al ----------------------------------------------------------------
**JUDGE STEVEN D. MERRYDAY,**

          **Defendants**
_____/

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

    Comes now, Plaintiff, in the above caption and files this motion for Voluntary Dismissal, Pursuant to **Federal rule of Civil Procedure, Rule 41(a), which governs the Dismissal of Actions. FRCP, Rule 41(a)(1)** states that, "By Plaintiff; By Stipulation. Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of the court, ( i ) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment."

    In support of Plaintiff motion for Voluntary Dismissal, Plaintiff relies on **Federal Rule of Civil Procedure, rule 41(a)** and the following statement of facts below:

    Due to all of the actions of this court ( Judge Ann C. Conway), other judges, and other officials. It is in the best interest that Plaintiff to Voluntarily Dismiss this action and that plaintiff shall proceed no further for the following reasons:

a) Because the court violate and ignore Federal Rules of Civil Procedure, b) Because the court Automatically rule against Pro Se litigant and intimidate Plaintiff by ordering sanctions as well as incarceration, against Pro Se, c) Because the court refuse to Disqualify themselves, d) Because the court violated the Oath of Office, see 28 U.S.C. § 453. and Code of Judicial Conduct. e) because judge Conway and other judges violated the civil rights of United States Veterans, during the time of War, f) because judge Conway and other judges are still under **F.B.I.** investigation, g) because judge Conway and other judges didn't disclose their financial interest as required by law, h) because judge Conway and other judges committed treason, i) because judge Conway and other judges orders are Vindictive, j) because judge Conway and other judges threaten plaintiff in their orders.

    Therefore, Plaintiff voluntarily Dismisses this action without the order of the court because Defendants' fail to answer and it is in the best interest of plaintiff not to proceed any further due to all the facts stated above. Furthermore, by FRCP, the hearing set for February 22, is hereby Null. The court no longer has any jurisdiction in the above reference case. **Voluntary Dismissal by Plaintiff.**

    Respectfully submitted this _15th_ day of _February_, 2012.

Respectfully<br>
Mark J. Cuyler

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARK J. CUYLER**
      **Plaintiff**

same case number

Civil Action No:
6:11-MC-90-ORL-22DAB

**V.**

Jury Trial Demanded

Presnell, et al -----------------------------------------------------------------------------
**JUDGE STEVEN D. MERRYDAY,**
      **Defendants**
_____/

## CERTIFICATE OF SERVICE

I, do hereby certify that a copy of this **PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL** by depositing same in the United States Mail envelopes with sufficient postage affixed thereon to insure delivery addressed as follows: Respectfully submitted this ___15th___ day of ___February___, 2012.

Mr. Eric Holder, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

United States Attorney
    400 N. Tampa Street
    Suite 3200
    **Tampa FL 33602**

JUDGE Steven D. Merryday.

U. S. Court, 401 West Central Blvd

Suite 1200

Orlando FL 32801

1421 Caring CT Maitland, FL 32751

Respectfully
_Mark J. Cuyler_
Mark J. Cuyler