**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

MARK J. CUYLER,

              Plaintiff,

-vs-                                        Case No. 6:11-mc-90-Orl-22DAB

JUDGE STEVEN D. MERRYDAY,

              Defendant.
_____

## ORDER

      Upon the Court's review of this case, it is ORDERED that Mark J. Cuyler's Motion for Voluntary Dismissal (Doc. No. 21), filed on February 15, 2012, is DENIED. Mr. Cuyler cannot voluntarily dismiss this miscellaneous case because, simply put, it is not his case to dismiss. Unlike the lawsuits he filed himself, he did not initiate this miscellaneous case; the Court did. In any event, Mr. Cuyler cannot unilaterally divest the Court of jurisdiction over him regarding whether he should be sanctioned for violating court orders. Contrary to Mr. Cuyler's assertions in his motion, the Court's order requiring him to personally appear is definitely not null and the Court most certainly continues to have jurisdiction over him regarding the issue of sanctions. Mr. Cuyler must appear as ordered on February 22nd.

      **DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 15, 2012.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record
Mark J. Cuyler
Magistrate Judge Baker

Eric Thompson, Supervisory DUSM

-2-