**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

**MARK J. CUYLER,**

                          **Plaintiff,**

-vs-                                                                      **Case No.  6:11-mc-90-Orl-22DAB**

**JUDGE STEVEN D. MERRYDAY,**

                          **Defendant.**

_____

## ORDER

Upon the Court's review of this case, it is ORDERED that  Mark J. Cuyler's "Objection to the

Court Order Rendered on February 6, 2012, Overruling and Denying Motion to Disqualify" (Doc. No.

20), filed on February 15, 2012 and treated as a motion for reconsideration of the Court's February

6, 2012 Order (Doc. No. 17), is DENIED.  If Mr. Cuyler wishes to seek further review of the February

6th Order, he must pursue that review through the Court of Appeals for the Eleventh Circuit at the

proper time, if otherwise procedurally appropriate.

       **DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 16, 2012.

                                              ANNE C. CONWAY
                                              United States District Judge

Copies furnished to:
Counsel of Record
Mark J. Cuyler
Magistrate Judge Baker
Eric Thompson, Supervisory DUSM