UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLERK'S MINUTES**
**Show Cause Hearing**

Case Number: 6:11-MC-90-ORL-22DAB

In Re: MARK J. CUYLER         Plaintiff's Counsel: Pro Se

        Plaintiff,

-v-

JUDGE STEVEN D. MERRYDAY      Defense Counsel: Sean Flynn

        Defendant.

| Chief Judge: | **Anne C. Conway** | Court Reporter: | Sandy Tremel |
|---|---|---|---|
| Courtroom Clerk: | Sara Riddle/N.L.Leiter | Interpreter: | None |
| Date: | February 22, 2012 | Time: | 9:09 a.m.-9:25 a.m. |

9:09    Convene. Court states reason for this hearing.

9:10    Plaintiff states his reason for his actions in connection with his violating the Court's injunction order and gives argument against any sanctions.

9:14    Court reminds the Plaintiff that he should be following the Court's rules and procedures.

9:18    Court warns Plaintiff he needs to follow the rules and states if he violates the injunction order, a contempt hearing will be held by this Court.

9:21    Court grants Plaintiff leave to file a Motion for Final Order/Judgment in all of his federal cases.

9:23    Court directs Plaintiff to follow the Court's injunction order.

9:24    Plaintiff states the injunction violates his constitutional rights.

9:25    Written order to follow. Adjourned.