# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE:**

**MARK J. CUYLER,**

             **Plaintiff,**

**-vs-**                                      **Case No. 6:11-mc-90-Orl-22DAB**

**JUDGE STEVEN D. MERRYDAY,**

             **Defendant.**

_____

## ORDER

Upon the Court's review of this case, it is ORDERED as follows:

1. Mark J. Cuyler's "Objection to the Court's Order Denying Motion to Disqualify, Rendered on January 20, 2012, etc." (Doc. No. 12), filed on January 30, 2012, treated as an appeal of Magistrate Judge Baker's Order (Doc. No. 7) denying Mr. Cuyler's "Motion to Disqualify Judge David A. Baker and Argument of Law on Disqualification" (Doc. No. 5), is OVERRULED.

2. Judge Baker's January 20th Order (Doc. No. 7), being neither clearly erroneous nor contrary to law, is AFFIRMED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 27, 2012.

Copies furnished to:
Counsel of Record
Mark J. Cuyler
Magistrate Judge Baker

ANNE C. CONWAY
United States District Judge