FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA  2012 MAR -2  AM 11:20
ORLANDO DIVISION

| | | |
|---|---|---|
| **MARK J. CUYLER** | | |
| **Plaintiff** | ) | same case numbers |
| Cuyler, et al -------- | | -------- |
| | ) | |
| | ) | **Civil Action No:** |
| | ) | **6:11-MC-90-ORL-22DAB** |
| **V.** | ) | |
| | ) | **Jury Trial Demanded** |
| Presnell, et al -------- | | -------- |
| **JUDGE STEVEN D. MERRYDAY,** | ) | |
| | ) | |
| **Defendants** | ) | |

## PLAINTIFF'S MOTION FOR FINAL JUDGMENT AND MOTION FOR HEARING

Comes now, plaintiffs in the above caption and files this Motion for Final Judgment.

In support of plaintiffs' **Motion for Final Judgment,** plaintiff states the following:

## MOTION FOR FINAL JUDGMENT

That on February 22, 2012, Chief Judge Ann. C. Conway issued an order giving plaintiffs' permission to file a **motion for final judgment** in all civil cases filed in this court. **See exhibit-A** attached.

**The court has a duty to grant plaintiffs claim as a matter of law.**

## PLAINTIFFS' MOTION FOR HEARING

Plaintiffs moves this court for a hearing to enter a Final Judgment in the above reference cause, so plaintiffs Due Process of Law rights are not further violated, as to why the court has ignored the local rules of court, Federal Rules of Civil Procedures; as to hearings, discovery, summary judgment, and trial by jury.

Further, **Plaintiffs moves this court to render an order in all pending Motions and Objections prior to rendering a Final Judgment, so that plaintiffs may have those orders to attach to plaintiffs' appeal to the Eleventh Circuit Court of Appeals.**

Therefore, based on Chief Judge Ann C. Conway order, this court must render a Final Judgment in the above reference cause.

Respectfully submitted this ___2nd___ day of ___March___, 2012.

Respectfully,

Mark J. Cuyler

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARK J. CUYLER**
      **Plaintiff**      )    same case numbers

Cuyler, et al --------------------------------------------------------------------------------

)

)    **Civil Action No:**

)        **6:11-MC-90-ORL-22DAB**

**V.**  )

)    **Jury Trial Demanded**

Presnell, et al ------------------------------------------------------------------------------

**JUDGE STEVEN D. MERRYDAY,**  )
      **Defendants**    )

_____/

## CERTIFICATE OF SERVICE

    I, do hereby certify that a copy of this **PLAINTIFF'S MOTION FOR FINAL JUDGMENT AND MOTION FOR HEARING** by depositing same in the United States Mail envelopes with sufficient postage affixed thereon to insure delivery addressed as follows:
Respectfully submitted this _2nd_ day of _March_, 2012.

Mr. Eric Holder, United States Attorney General    United States Attorney
U.S. Department of Justice                                 400 N. Tampa Street
950 Pennsylvania Avenue, N.W.                     Suite 3200
Washington, D.C. 20530                                     Tampa FL 33602

**JUDGE Steven D. Merryday.**

U. S. Court, 401 West Central Blvd

Suite 1200

Orlando FL 32801

                                                             Respectfully

1421 Caring CT Maitland, FL 32751                  _Mark J. Cuyler_