# EXHIBIT-A

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:

MARK J. CUYLER,

                    Plaintiff,

-vs-                                        Case No.  6:11-mc-90-Orl-22DAB

JUDGE STEVEN D. MERRYDAY,

                    Defendant.

_____

## ORDER

Based on matters that occurred at the show-cause hearing held on this date, it is ORDERED that Mark J. Cuyler is granted permission to file a motion for entry of final judgment in each of the civil cases he has pending in this Court. Any such motion(s) shall be filed not later than March 7, 2012. Mr. Cuyler shall attach a copy of this Order to each such motion and shall point out the existence of the Order in the body of the motion(s).[1]

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 22, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record
Mark J. Cuyler

_____

[1] The undersigned judge expresses no opinion regarding whether final, appealable judgments or orders have already been entered in Mr. Cuyler's civil cases. It will of course be up to the district judges to whom each of these cases are assigned to determine whether to grant Mr. Cuyler's motion for entry of a final judgment. Ultimately, whether a particular judgment or order is appealable and whether a notice of appeal is timely are matters to be decided by the Court of Appeals for the Eleventh Circuit.

All Orlando District and Magistrate Judges
District Judge Steven D. Merryday
Orlando Clerk's Office Division Manager
Orlando Clerk's Office Operations Supervisor
Orlando Clerk's Office Intake Clerk
Eric Thompson, Supervisory DUSM