UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARK J. CUYLER**
        **Plaintiff**           same case numbers
Cuyler, et al ------------------------------------------------------------------------

                       **Civil Action No:**
                       **6:11-MC-90-ORL-22DAB**
      V.

                       **Jury Trial Demanded**

Presnell, et al -----------------------------------------------------------------------
**JUDGE STEVEN D. MERRYDAY,**

      **Defendants**
                     /

## PLAINTIFFS' NOTICE TO THE COURT AND REQUEST FOR HEARING TO CLARIFY THE PRE-SCREENING ORDER

Comes now, plaintiffs in the above caption and files this **Notice to the Court and Request for Hearing to Clarify the Pre-Screening Order,**

In support of plaintiff's Notice to the Court and Request for Hearing, plaintiff states the following:

First, During the hearing held on February 22, 2012, the Court did not mention that it was ok for the Federal Marshalls to harass plaintiff every time plaintiff enter the Federal Building. The Federal Marshalls creates a hostile environment. Plaintiff want to know why? Plaintiff is being followed and escorted, when other people are allowed to go in and out without the

harassment by the Federal Marshalls.

Next, the Pre-Screening Order clearly states the following: **"any complaint plaintiffs Mark Cuyler and/or Teresa A. Mitchell present to the clerk's office in the Orlando Division for filing shall be specially handled in the following manner."** No where in that Order does it states that all of plaintiff pleadings, motions, summons, etc. (already filed cases) are to be Pre-Screened, nor does it state that plaintiff is to be escorted in and out of the Federal Building by the Federal Marshalls.

Finally, this is continued Discrimination, Harassment, Retaliation, and a violation of plaintiff civil rights by the Federal Marshalls of the Orlando Division, Middle District Court of Florida. This is considered obstruction of justice and deprivation of constitutional rights, equal access to the court. I plaintiff am being treated differently from other litigants that file documents in this court. Plaintiff reserve the right to file suit against the Federal Marshalls of this court.

Respectfully submitted this 9th day of March, 2012.

**Respectfully,**

Mark J. Cuyler

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARK J. CUYLER**
          **Plaintiff**                         **same case numbers**

Cuyler, et al ------------------------------------------------------------------

                                      **Civil Action No:**
                                      **6:11-MC-90-ORL-22DAB**

          **V.**

                                      **Jury Trial Demanded**

Presnell, et al ------------------------------------------------------------------
**JUDGE STEVEN D. MERRYDAY,**
          **Defendants**
          _____/

## CERTIFICATE OF SERVICE

       I, do hereby certify that a copy of this **PLAINTIFF'S MOTION FOR FINAL JUDGMENT AND MOTION FOR HEARING** by depositing same in the United States Mail envelopes with sufficient postage affixed thereon to insure delivery addressed as follows:
Respectfully submitted this ___9th___ day of ___March___, 2012.

Mr. Eric Holder, United States Attorney General      United States Attorney
U.S. Department of Justice                                         400 N. Tampa Street
950 Pennsylvania Avenue, N.W.                           Suite 3200
Washington, D.C. 20530                                              Tampa FL 33602

**JUDGE Steven D. Merryday.**

U. S. Court, 401 West Central Blvd

Suite 1200

Orlando FL 32801

                                                              Respectfully
                                                               *[signature]*
1421 Caring CT Maitland, FL 32751                       **Mark J. Cuyler**