# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE:**

**MARK J. CUYLER,**

       **Plaintiff,**

**-vs-**                                        **Case No. 6:11-mc-90-Orl-22DAB**

**JUDGE STEVEN D. MERRYDAY,**

       **Defendant.**

## ORDER

Upon the Court's review of this case, it is ORDERED as follows:

1. Mark J. Cuyler's Motion for Final Judgment and Motion for Hearing (Doc. No. 27), filed on March 2, 2012, is DENIED.

Entry of final judgment is not now appropriate in this particular case. Unlike the civil actions initiated by Mr. Cuyler, this case was opened by the Court as the administrative vehicle to police its litigation pre-screening order and, if necessary, to issue sanctions for violations of that order. Given Mr. Cuyler's prior violations of the pre-screening order and his only recent agreement to abide by that order, the case will remain open to ensure compliance with the order. To the extent Mr. Cuyler wishes to seek review of the Court's denial of his disqualification motions within this case, he is free to explore whether he may seek mandamus review of those decisions by the Court of Appeals for the Eleventh Circuit. The undersigned judge expresses no opinion regarding the availability of such review. Finally, a hearing on the motion is unnecessary.

      2. Mr. Cuyler's Notice to the Court and Request for Hearing to Clarify the Pre-Screening Order (Doc. No. 28), filed on March 9, 2012, is DENIED.

      The original pre-screening order (Doc. No. 1) and the modification order (Doc. No. 2) are quite clear; they require no clarification. Regarding Mr. Cuyler's complaint about being escorted by Marshals' Service personnel from the courthouse security checkpoint to the clerk's office, the Court does not tell the Marshals' Service how to go about its business of providing security for the courthouse and its occupants. However, the Court understands that these procedures were instituted after Mr. Cuyler accused numerous judges of this court of committing treason and made other inappropriate accusations regarding the judges. Moreover, the Court understands that Mr. Cuyler is often accompanied by a "bodyguard" when he visits the courthouse. The Marshals' Service may well have concluded that Mr. Cuyler poses a potential security risk based on his inappropriate rhetoric directed at this Court's judicial officers, his campaign of harassing such judges, his disobedience of court orders, his repeated claims that this Court does not have any authority over him, and the fact that he chooses to visit the courthouse with a bodyguard.

      **DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 3, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record
Mark J. Cuyler
District Judge Merryday
Magistrate Judge Baker
Eric Thompson, Supervisory DUSM
Ross Richard, DUSM