# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARK J. CUYLER**
          **Plaintiff**           same case numbers

Cuyler, et al ----------------------------------------------------------------

Civil Action No:
6:11-MC-90-ORL-22DAB

V.

Jury Trial Demanded

Presnell, et al ----------------------------------------------------------------
**JUDGE STEVEN D. MERRYDAY,**

16567

      **Defendants**

$455.00

/

## NOTICE OF APPEAL

Comes now, Plaintiff in the above caption and files this Notice of Appeal, pursuant to **28 U.S.C. Sec. 1291 and 1292** and appeal to the **Eleventh Circuit Court of Appeals** from the United States District Court for the Middle District of Florida, Orlando Division the **Order and Judgment**, rendered on April 3, 2012 and all other orders rendered by the court prior to this appeal.

Therefore, Plaintiffs appeals the trial court's order granting in favor of Defendants; Motion to Dismiss and all other orders prior to this appeal. Defendants clearly violated the law. Plaintiffs prays that this **Eleventh Circuit Court of Appeals** remand the case for further proceedings and grant

Plaintiff a trial by jury on the ground that the Argument by Defendants was legally insufficient to support the trial court decision.

The clerk shall include the following documents on appeal: **<u>A copy of the Complaint, Defendants Answer, all papers in support of and in opposition to various motions, objections, to the court's orders and the final judgment.</u>**

Respectfully submitted this __2nd__ day of __May__, 2012.

                                                  **Respectfully,**

*/s/ Mark J. Cuyler*
Mark J. Cuyler

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARK J. CUYLER**
        **Plaintiff**                      same case numbers

Cuyler, et al --------------------------------------------------------------------

                                    Civil Action No:
                                        6:11-MC-90-ORL-22DAB

            V.

                                    Jury Trial Demanded

Presnell, et al ------------------------------------------------------------------
**JUDGE STEVEN D. MERRYDAY,**
        **Defendants**
_____/

## CERTIFICATE OF SERVICE

    I, do hereby certify that a copy of this **NOTICE OF APPEAL** by depositing same in the United States Mail envelopes with sufficient postage affixed thereon to insure delivery addressed as follows:
Respectfully submitted this _2nd_ day of _May_, 2012.

Mr. Eric Holder, United States Attorney General    United States Attorney
U.S. Department of Justice                                   400 N. Tampa Street
950 Pennsylvania Avenue, N.W.                     Suite 3200
Washington, D.C. 20530                                       Tampa FL 33602

JUDGE Steven D. Merryday.

U. S. Court, 401 West Central Blvd

Suite 1200

Orlando FL 32801

                                                          Respectfully
                                                          _Mark J. Cuyler_ (signature)

1421 Caring CT Maitland, FL 32751