IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 12-11824-DD

District Court Docket No. 6:10-cv-01646-MSS-GJK

MARK J. CUYLER,
TERESA A. MITCHELL,

Plaintiffs - Appellants,

versus

AURORA LOAN SERVICES, LLC,

Defendant - Appellee.

No. 12-11825-AA

District Court Docket No. 6:11-cv-00001-JA-GJK

MARK J. CUYLER,

Plaintiff - Appellant,

versus

WACHOVIA BANK, N.A., OF WELLS FARGO BANK, N.A.,
STATE FARM FLORIDA INSURANCE COMPANY,
a.k.a. State Farm Insurance Company,

Defendants - Appellees.

No. 12-11826-FF

District Court Docket No. 6:11-cv-00429-GAP-GJK

MARK CUYLER,

TERESA A. MITCHELL (CUYLER),

                                                                           Plaintiffs - Appellants,

versus

MARK E. FULLER,
Judge,
MARY S. SCRIVEN,
Judge,
ANNE C. CONWAY,
Judge,
UNITED STATES OF STATE OF FLORIDA,

                                                                           Defendants - Appellees.

---

No. 12-11827-EE

District Court Docket No. 6:11-cv-00623-SDM-DAB

MARK J. CUYLER,
TERESA A. MITCHELL, (Cuyler),

                                                                           Plaintiffs - Appellants,

versus

GREGORY A. PRESNELL, Judge,
UNITED STATES OF STATE OF FLORIDA,
UNITED STATES OF AMERICA,

                                                                           Defendants - Appellees.

---

No. 12-11828-CC

District Court Docket No. 6:11-cv-01225-SDM-GJK

MARK J. CUYLER,

                                                                           Plaintiff - Appellant,

versus

UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION,
MARK E. FULLER,
Judge,
MARY S. SCRIVEN,
Judge,
ANNE C. CONWAY,
Judge,
JOHN ANTOON, II,
Judge, et al.,

Defendants - Appellees.

No. 12-11829-BB

District Court Docket No. 6:11-cv-01789-SDM-KRS

MARK J. CUYLER,

Plaintiff - Appellant,

versus

MARK E. FULLER,
Judge
MARY S. SCRIVEN,
Judge
ANNE C. CONWAY,
Judge
JOHN ANTOON, II,
Judge
GREGORY A. PRESNELL,
Judge, et al.

Defendants - Appellees.

No. 12-12437-BB

District Court Docket No. 6:11-mc-00090-ACC-DAB

MARK CUYLER,

                        Plaintiff - Appellant,

versus

STEVEN D. MERRYDAY,

                        Defendant - Appellee.

---

No. 12-12599-CC

District Court Docket No. 6:11-cv-00087-ACC

MARK CUYLER,
TERESA A. MITCHELL,

                        Plaintiffs - Appellants,

versus

MARY S. SCRIVEN,
Judge,
STATE OF FLORIDA,

                        Defendants - Appellees.

---

No. 12-13442-EE

District Court Docket No. 6:11-cv-00237-JA-GJK

MARK J. CUYLER,

                        Plaintiff - Appellant,

versus

JOHN A. MORAN, Judge,
ANN SUTTON,
KEVIN L. SCHWARTZ,
LAW FIRM OF EDMOND L. SUGAR, P.A.,
STATE OF FLORIDA,

                                                     Defendants - Appellees.

No. 12-15363-AA

District Court Docket No. 6:11-cv-861-ORL-35-GJK

MARK J. CUYLER,

                                                     Plaintiff - Appellant,

versus

JUDGE JOHN ANTOON, II,
UNITED STATES OF STATE OF FLORIDA,
UNITED STATES OF AMERICA,

                                                     Defendants - Appellees.

Appeals from the United States District Court for the
Middle District of Florida

BEFORE: DUBINA, Chief Judge, PRYOR and MARTIN, Circuit Judges.

BY THE COURT:

    Now before the Court is Appellant Cuyler's December 12, 2012, motion for reconsideration of our December 3, 2012, Order in all of the above-captioned appeals other than Appeal No. 12-15363, as well as Appellees' motion for summary affirmance in Appeal No. 12-15363.

    Cuyler's motion for reconsideration is DENIED. As we explained at length in our

- 5 -

October 26, 2012, and December 3, 2012, Orders, Appeal Nos. 12-11824 through 12-13342 are facially meritless to the extent that the Court has jurisdiction over the appeals, and Cuyler has identified no legal or factual error in our December 3, 2012 order.

Appellees' motion for summary affirmance in Appeal No. 12-15363 is GRANTED. The motion to stay briefing is DENIED AS MOOT,

Cuyler may file one motion for reconsideration of the grant of summary affirmance in appeal No. 12-15363 within twenty-one (21) of the date of entry of this Order, with no extensions to be granted.   With that exception, Appellants are jointly and severally ENJOINED from filing any further motions or other papers in any of these appeals, which are closed, and the Clerk is DIRECTED to accept no further filings..

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 25, 2013

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 12-15363-AA
Case Style: Mark Cuyler v. John Antoon, II, et al
District Court Docket No: 6:11-cv-00861-MSS-GJK

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Eleanor M. Dixon, AA/ej
Phone #: (404) 335-6172

Enclosure(s)

DIS-4 Multi-purpose dismissal letter